AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| Yinnv Liu | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-02982 |
| The Entities and Individuals Identified in Schedule A | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Yinnv Liu.

Date: 05/15/2024

/s/ ILYA G. ZLATKIN
*Attorney's signature*

Ilya G. Zlatkin, 6314344
*Printed name and bar number*

4245 N. Knox Ave.
Chicago, IL 60641-1904

*Address*

ilya@zce.law
*E-mail address*

(312) 809-8022
*Telephone number*

(312) 809-6918
*FAX number*