Case: 1:24-cv-02982 Document #: 14-2 Filed: 05/17/24 Page 1 of 3 PageID #:2035

SHOP (HTTPS://WWW.ONGRANDE.COM/INDEX.PHP?ROUTE=PRODUCT/PRODUCT&PRODUCT_ID=379)    BLOG (HTTPS://WWW.ONGRANDE.COM/BLOG)    CONTACT (HTTPS://WWW.ONGRANDE.COM/BLOG)

# Ongrande (https://www.ongrande.com/index.php?route=common/home)



## Protects Sensitive Skin From Dryness

SHOP NOW (HTTPS://WWW.ONGRANDE.COM/INDEX.PHP?ROUTE=PRODUCT/PRODUCT&PRODUCT_ID=379)

## The Benefits Of Our Outcomes

# Ongrande (https://www.ongrande.com/index.php?route=common/home)

SHOP (HTTPS://WWW.ONGRANDE.COM/INDEX.PHP?ROUTE=PRODUCT/PRODUCT&PRODUCT_ID=379)  BLOG (HTTPS://WWW.ONGRANDE.COM/BLOG)  CONTACT (HTTPS://WWW.ONGRANDE.COM/BLOG)

Store

### Gentle Pure Cleanse

### Nutrient Rich Ingrendients

Infused with coconut oil, gentle olive oil and shea butter, this soap bar makes your skin feel refreshed and moisturized.

### All Types Of Skin

Our pH balanced, revitalizing soap is effective on all types of skin, including individuals with skin sensitivities and acne.



# The Natural Touch

**CLEANLINESS AND PURITY TOGETHER**

Shea butter is a pure natural, non-toxic and non-irritating product. The crude shea butter obtained from the fruit pit is a gray, fat-like substance, and the white fat-like shea butter is obtained during the refining process. Shea butter The melting point of the oil is consistent with the body temperature. It is a suitable moisturizer and can be quickly absorbed by the skin. The high content of unsaponifiable matter makes it have analgesic and special sunscreen functions. It has good compatibility with the skin and can stimulate Cell growth, wound healing, excellent curative effect on dry skin, dermatitis, skin diseases, eczema and other skin allergies.

## SIGN UP TO OUR NEWSLETTER

Get notification on latest update and offers.

SHOP (HTTPS://WWW.ONGRANDE.COM/INDEX.PHP?ROUTE=PRODUCT/PRODUCT&PRODUCT_ID=379)        Ongrande (https://www.ongrande.com/index.php?route=common/home)        Store        BLOG (HTTPS://WWW.ONGRANDE.COM/BLOG)        CONTACT (HTTPS://WWW.ONGRANDE.COM/BLOG)        SUBMIT        

## POSTS







**How to choose natural handmade soap?** (https://www.ongrande.com/blog?journal_blog_post_id=16)

**The efficacy of natural handmade soap.** (https://www.ongrande.com/blog?journal_blog_post_id=15)

**Is "shea butter" really that magical?** (https://www.ongrande.com/blog?journal_blog_post_id=14)

© 2022 ongrande soaf, All Rights Reserved.

