# Exhibit 2

Copies of screenshots showing the active e-commerce
stores operating under the Seller Aliases

# Defendant No.: 1

## Store Name:
**Chisane**

## Platform:
**Amazon**







# Defendant No.: 2

## Store Name:
## **HOUTINKY**

## Platform:
## **Amazon**







# Defendant No.: 3

## Store Name:
**abula**

## Platform:
**Amazon**







# Defendant No.: 4

## Store Name:
**XLIZQ**

## Platform:
**Amazon**







# Defendant No.: 5

## Store Name:
**SiQingMam**

## Platform:
**Amazon**





**SiQingMam**

Visit the SiQingMam storefront

★★★★★ **99% positive** in the last 12 months (64 ratings)

Underwear Cleaning Soap Bar & ...

Add to Cart

★★★★★ "Me gustó mucho, ya que pude guardar los tickets de todos los vuelos que he tomado y postales que he comprado en mis viajes, el tamaño es el ideal, el producto l..."
Read more
By Emily Quiroga on February 19, 2024.

★★★★★ "Friendly in early."
By Katina on February 4, 2024

Previous Next

**Return & Refund Policies**

Please refer to the Amazon.com Return Policy .

**Detailed Seller Information**

Business Name: nanchongxipuyunyidiankehhangwuyouxiangongsi
Business Address:
西河街由x街7楼1区1号
南充市
顺庆区
四川省
623330
CN

**Shipping Policies** ⌄

**Other Policies** ⌄

**Help** ⌄



# Defendant No.: 6

## Store Name:
**MengXin1990**

## Platform:
**Amazon**





**MengXin1990**

Visit the MengXin1990 storefront

★★★☆☆  44% positive in the last 12 months (169 ratings)

The Magic Soap, Grand Canal Old...
$10⁹⁹ ($3.66 / Count)

[Add to Cart]

---

**Return & Refund Policies**

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

---

**Amazon's A-to-z Guarantee**

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

---

**Detailed Seller Information**

Business Name: Shi Mengxin
Business Address:
  中国山竹镇1座
  郑州市
  郑州镇区
  河南省
  450000
  CN

---

**Shipping Policies**                                    ⌄

**Other Policies**                                       ⌄

**Help**                                                 ⌄



# Defendant No.: 7

## Store Name:
## **iTOPVIS Direct US**

## Platform:
## **Amazon**







# Defendant No.: 8

## Store Name:
## **fupah US**

## Platform:
## **Amazon**







# Defendant No.: 9

## Store Name:
## **SILVB SHU**

## Platform:
## **Amazon**







# Defendant No.: 10

## Store Name:
**deshubaihuo**

## Platform:
**Amazon**







# Defendant No.: 11

## Store Name:
**practitioner**

## Platform:
**Amazon**







# Defendant No.: 12

## Store Name:
**HJFCY**
## Platform:
**Amazon**







# Defendant No.: 13

## Store Name:
**qingyuanxiaopu**

## Platform:
**Amazon**







# Defendant No.: 14

## Store Name:
## **TOGTUS**

## Platform:
## **Amazon**







# Defendant No.: 15

## Store Name:
**luhuamengcheng**

## Platform:
**Amazon**





**Return & Refund Policies**

Please refer to the Amazon.com Return Policy .

**Detailed Seller Information**

Business Name: kaifengshiguisuqushuomiaobaihuozhangheng
Business Address:
潍坊西村7号
开封市
鼓楼区
河南省
475000
CN

**Shipping Policies**                                    ⌄

**Other Policies**                                        ⌄

**Help**                                                      ⌄



# Defendant No.: 16

## Store Name:
**huahuazw**

## Platform:
**Amazon**







# Defendant No.: 17

## Store Name:
**KFIAQ-QWAS**

## Platform:
**Amazon**





### KFIAQ-QWAS

Visit the KFIAQ-QWAS storefront

★★★★★ 97% positive in the last 12 months (129 ratings)

**Underwear Cleaning Soap - Gran...**
$7⁹⁹ ($7.99 / $1.Oz)

Add to Cart

★☆☆☆☆   "Didn't work it."
By Seller on February 19, 2024.

Previous Next

### Return & Refund Policies

Please refer to the Amazon.com Return Policy .

### Detailed Seller Information

**Business Name:** Shen Zhen Shi Tai Lai Mei Miao Yi You Xian Gong Si
**Business Address:**
龙岗路533号龙翔kn园A栋308
深圳市龙岗区坂田街道坂田坂雪岗大道533号龙翔kn园A栋308
坂田街道
龙岗区坂田街道坂雪岗社区
广东省
518000
CN

### Shipping Policies                                    ⌄

### Other Policies                                       ⌄

### Help                                                 ⌄



# Defendant No.: 18

## Store Name:
## BROUYOUE

## Platform:
## Amazon





For quick access, place your favorites here on the favorites bar. Manage favorites now

## BROUYOUE

Visit the BROUYOUE storefront

★★★★★ 94% positive in the last 12 months (18 ratings)

Grand Canal Soap,Grand Canal U...
$13⁰⁰ ($13.00 / Ounce)

Add to Cart

very deep...
By Paul J. Canfield on February 4, 2024

"Very Satisfied"
By Jpalmer on January 27, 2024

Previous Next

### Return & Refund Policies

Please refer to the Amazon.com Return Policy .

### Detailed Seller Information

**Business Name:** Guangzhou JIEYOU Network Technology Co., Ltd
**Business Address:**
分大厦喇叭楼12栋之一456033层
广州市
天河区
广东省
510599
CN

| Shipping Policies | ⌄ |
|---|---|
| Other Policies | ⌄ |
| Help | ⌄ |



# Defendant No.: 19

## Store Name:
## **ExquiYy**

## Platform:
## **Amazon**





### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

Business Name: ZhengZhouShiErQiQuXuanMinBaiHuoShangHang
Business Address:
郑州市二七区长江路
2号院3号楼房屋1-1009室
郑州市
二七区
河南省
450000
CN

| Shipping Policies | ∨ |
| Other Policies | ∨ |
| Help | ∨ |



Defendant No.: 20

Store Name:
**CAPPUVINI【已备案】**

Platform:
**Amazon**





**CAPPUVINI【已备案】**

Visit the CAPPUVINI【已备案】storefront

★★★★☆  64% positive in the last 12 months (22 ratings)

Underwear Cleaning Soap Bar, Gr...

$7.99 ($7.99 / Count)

Add to Cart

Previous Next

**Return & Refund Policies**

Please refer to the Amazon.com Return Policy .

**Detailed Seller Information**

Business Name: zhengzhoushijinshuiqumeijunhaobaihuoshanghang
Business Address:
任政公务与物院
1号组4巷式云福四户
郑州市
金水区
河南省
450003
CN

**Shipping Policies**                                                              ⌄

**Other Policies**                                                                 ⌄

**Help**                                                                           ⌄



# Defendant No.: 21

## Store Name:
## **Ahbyy**

## Platform:
## **Amazon**







# Defendant No.: 22

## Store Name:
## **puanshangdian**

## Platform:
## **Amazon**





For quick access, place your favorites here on the favorites bar. Manage favorites now

## puanshangdian

Visit the puanshangdian storefront

★★★★☆ 98% positive in the last 12 months (117 ratings)

**Return & Refund Policies**

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

**Amazon's A-to-z Guarantee**

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

**Detailed Seller Information**

Business Name: Li Shengyang
Business Address:
  二层龙湖街88号居家城5706幢2单元2208号
  莲花市
  雪城区
  河南省
  450000
  CN

| Shipping Policies | ⌄ |
|---|---|
| Other Policies | ⌄ |
| Help | ⌄ |



# Defendant No.: 23

## Store Name:
**XELETU**

## Platform:
**Amazon**







# Defendant No.: 24

## Store Name:
**DASHENRAN Store**

## Platform:
**Amazon**







# Defendant No.: 25

## Store Name:
## **JIONGDIAN**

## Platform:
## **Amazon**







# Defendant No.: 26

## Store Name:
**SanJi Shop**

## Platform:
**Amazon**





## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

Business Name: shangqiuanjinanglucdegiyouxiangongsi
Business Address:
宁陵县石桥镇
张庄村41中
商丘市
河南
476700
CN

| Shipping Policies | ⌄ |
|---|---|
| Other Policies | ⌄ |
| Help | ⌄ |



# Defendant No.: 27

## Store Name:
## **Direct Lyklasse**

## Platform:
## **Amazon**





**Return & Refund Policies**

Please refer to the Amazon.com Return Policy...

**Detailed Seller Information**

Business Name: Sichuan Donghulxuan Trading Co.,Ltd
Business Address:
红星路一街518号1号
成都市
四川区
四川省
610021
CN

**Shipping Policies** ∨

**Other Policies** ∨

**Help** ∨



# Defendant No.: 28

## Store Name:
## **LLMYUS (6-13 Days for Delivery)**

## Platform:
## **Amazon**





## LLMYUS (6-13 Days for Delivery)

Visit the LLMYUS (6-13 Days for Delivery) storefront

★★★★☆  66% positive in the last 12 months (111 ratings)

**Grand Canal Soap, Powerful Stai...**
$72⁹⁹ ($12.99 / Count)

Add to Cart

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

Business Name: shenzhenshi lulimaoyi youxian zeren gongsi
Business Address:
龙岗区坂田街道布吉街公布大道560号
布吉三工区B座301室
深圳市
广东
518000
CN

| Shipping Policies | ⌄ |
|---|---|
| Other Policies | ⌄ |
| Help | ⌄ |

Products



# Defendant No.: 29

## Store Name:
## **AOLON**

## Platform:
## **Amazon**







# Defendant No.: 30

## Store Name:
## **LANSKYWARE**

## Platform:
## **Amazon**





**Return & Refund Policies**

Please refer to the Amazon.com Return Policy .

**Detailed Seller Information**

Business Name: GUANG ZHOU JIN HU MAO YI YOU XIAN GONG SI
Business Address:
第六路319号103栋2115#号
广州市
广东省
广东省
510665
CN

**Shipping Policies**                                              ⌄

**Other Policies**                                                ⌄

**Help**                                                          ⌄



# Defendant No.: 31

## Store Name:
**KRAOIKK-US Store**

## Platform:
**Amazon**







# Defendant No.: 32

## Store Name:
**RULUZHAI**

## Platform:
**Amazon**







# Defendant No.: 33

## Store Name:
**PLollistop**

## Platform:
**Amazon**





For quick access, place your favorites here on the favorites bar. Manage favorites now

## PLollistop

Visit the PLolllistop storefront

★★☆☆☆ 33% positive in the last 12 months (48 ratings)

The Magic Soap, Magic Soap Bar ...
$14⁰⁰ ($14.00 / Count)

Add to Cart

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

Business Name: zhengzhoushiningsuqianpibaihuoshanghang
Business Address:
金山路9栋2里1座19号
郑州
二七
河南
450000
CN

### Shipping Policies ⌄

### Other Policies ⌄

### Help ⌄



# Defendant No.: 34

## Store Name:
**YEM88BQ**

## Platform:
**Amazon**





**YEM88BQ**

Visit the YEM88BQ storefront

★★★★☆ 83% positive lifetime (6 total ratings)

CROO Grand Canal Soap Bar Und...

$12⁰⁰ ($6.44 / Count)

Add to Cart

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** xinxiangshihongqipuyierneikuhuangdian
**Business Address:**
金穗大道与柳园北大街交口口
凯达花园4栋8101室
新乡市
红旗区
河南省
453000
CN

---

**Shipping Policies** ⌄

**Other Policies** ⌄

**Help** ⌄



# Defendant No.: 35

## Store Name:
**KANNAI**

## Platform:
**Amazon**





## KANNAI

Visit the KANNAI storefront

★★★★☆ 76% positive in the last 12 months (25 ratings)

Grand Canal Soap,Grand Canal S...
$7⁹⁹ (6,135 / Count)

Add to Cart

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** zhengzhoukanmuishangmaoyouxiangongsi
**Business Address:**
秦岭路14号丰地家和地城园B21号楼1层204号
BDH
中原
河南
450000
CN

### Shipping Policies ⌄

### Other Policies ⌄

### Help ⌄



# Defendant No.: 36

## Store Name:
## **WOSLXM-US(7-14Days Arrived）**

## Platform:
## **Amazon**





## WOSLXM-US(7-14Days Arrived)

Visit the WOSLXM-US(7-14Days Arrived) storefront

★★★★☆ 65% positive in the last 12 months (91 ratings)

**WOSLXM Grand Canal Soap, Und...**
$8.99 (8.8 TA / Count)

Add to Cart

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details.

### Detailed Seller Information

**Business Name:** zhengzhoushangkongyuanguoxinpingshangmaoshanghang
**Business Address:**
zhengzhou.zhengzhoushishangqu ' fenchengludijiao
Henan
zhengzhoushi
450000
CN

| Shipping Policies | ⌄ |
|---|---|
| Other Policies | ⌄ |
| Help | ⌄ |



# Defendant No.: 37

## Store Name:
**Barks No More .**

## Platform:
**Amazon**





### Barks No More .

Visit the Barks No More . storefront

★★☆☆☆  56% positive in the last 12 months (26 ratings)

**Grand Canal Soap - Underwear Cl...**
$18⁹⁹ ($18.99 / Count)

Add to Cart

---

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

---

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

---

### Detailed Seller Information

**Business Name:** xiangzhengxianfengfanghaihuoshanghang
**Business Address:**
  筷口路am东西口18号
  合肥市
  瀑城区
  河南城
  452670
  CN

---

### Shipping Policies ⌄

### Other Policies ⌄

### Help ⌄



# Defendant No.: 38

## Store Name:
## **XINQINQIN**

## Platform:
## **Amazon**





## XINQINQIN

Visit the XINQINQIN storefront

★★★★☆ 88% positive in the last 12 months (37 ratings)

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details.

### Detailed Seller Information

Business Name: baigouxincheng xinqinaihuoqu
Business Address:
C发地第167号
保定市
白沟新城
河北
071000
CN

| Shipping Policies | ∨ |
|---|---|
| Other Policies | ∨ |
| Help | ∨ |



# Defendant No.: 39

## Store Name:
**SXhyf Store**

## Platform:
**Amazon**





**Return & Refund Policies**

Please refer to the Amazon.com Return Policy .

**Detailed Seller Information**

Business Name: guangzhoukennaoilianzuhangwuyouxiangongsi
Business Address:
興坂下村四路9里5A巷3601室
广州市
白云区
广东省
510440
CN

**Shipping Policies**

**Other Policies**

**Help**



# Defendant No.: 40

## Store Name:
**lishanghaobjh**

## Platform:
**Amazon**





**Return & Refund Policies**

Please refer to the Amazon.com Return Policy .

**Detailed Seller Information**

Business Name: quanzhoutaishangzhuoluozdingbaihuoshanghang
Business Address:
泉州台商区百货绿上1单元楼艺术3号3号台商社区百货商品电子商城A4-373
惠安县
泉州市
福建省
362123
CN

**Shipping Policies** ⌄

**Other Policies** ⌄

**Help** ⌄



# Defendant No.: 41

## Store Name:
## YUANXINTENG77

## Platform:
## Amazon







# Defendant No.: 42

## Store Name:
## **GuanChenYouPin**

## Platform:
## **Amazon**





### GuanChenYouPin

Visit the GuanChenYouPin storefront

★★★★☆ 79% positive in the last 12 months (14 ratings)

#### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

#### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

#### Detailed Seller Information

Business Name: Henan Guanchen zhiye Co., Ltd.
Business Address:
和享大厦33号
广告产品服务器4033号
郑州市
郑州市中原区
河南省
450007
CN

| Shipping Policies | ⌄ |
|---|---|
| Other Policies | ⌄ |
| Help | ⌄ |



# Defendant No.: 43

## Store Name:
## **ZHIBA**

## Platform:
## **Amazon**







# Defendant No.: 44

## Store Name:
**LIULOU**

## Platform:
**Amazon**





## LIULOU

Visit the LIULOU storefront

★★★★☆ 67% positive in the last 12 months (15 ratings)

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details.

### Detailed Seller Information

**Business Name:** zhengzhoushangkonggyangyoubaobaishangmaoshanghang
**Business Address:**
�purgate高山广场西座12
郑州市
郑cong新区
河南省
450000
CN

| Shipping Policies | ⌄ |
|---|---|
| Other Policies | ⌄ |
| Help | ⌄ |



# Defendant No.: 45

## Store Name:
**huijing business**

## Platform:
**Amazon**





## huijing business

Visit the huijing business storefront

★★★★★ 100% positive lifetime (3 total ratings)

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

Business Name: Wuhanshidongxihuqihuijingshangmaoyingyebu
Business Address:
  wuhanshi
  白沙洲街一模2栋2单元101
  武汉市
  湖北省
  430000
  CN

### Shipping Policies ˅

### Other Policies ˅

### Help ˅



# Defendant No.: 46

## Store Name:
## **duanhongbin**

## Platform:
## **Amazon**







# Defendant No.: 47

## Store Name:
## yinYankee

## Platform:
## Amazon





For quick access, place your favorites here on the favorites bar. Manage favorites now

## yinYankee

Visit the yinYankee storefront

★★☆☆☆ 43% positive in the last 12 months (14 ratings)

Chinese Laundry Soap Bar for Cle...
$16⁹⁹ ($1.20 / Ounce)

Add to Cart

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

Business Name: ZhengZhouShiGuoChengHuiZuQuXuTiBaiHuoDian
Business Address:
金城利25号瑞锦南王三川港1号物4单元204号
郑州市
管城回族区
河南省
450000
CN

| Shipping Policies | ∨ |
|---|---|
| Other Policies | ∨ |
| Help | ∨ |



# Defendant No.: 48

## Store Name:
## **XINGKANG-US**

## Platform:
## **Amazon**





## XINGKANG-US

Visit the XINGKANG-US storefront

★★☆☆☆   15% positive in the last 12 months (24 ratings)

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

Business Name: zhengzhouxingkangshangmaoyouxiangongsi
Business Address:
如乃路地道美道路1号六合之家2号楼2层306路
郑州
河南
450000
CN

| Shipping Policies | ⌄ |
|---|---|

| Other Policies | ⌄ |
|---|---|

| Help | ⌄ |
|---|---|



# Defendant No.: 49

## Store Name:
**wangxiaohuiii**

## Platform:
**Amazon**







# Defendant No.: 50

## Store Name:
**Super DZ**

## Platform:
**Amazon**





