# Defendant No.: 51

## Store Name:
## **HAIYANGZHI**

## Platform:
## **Amazon**





### HAIYANGZHI

Visit the HAIYANGZHI storefront

★★☆☆☆ 20% positive lifetime (6 total ratings)

**The Magic Soap, Magic Soap Bar ...**

$15⁹⁹ ($15.99 / Count)

Add to Cart

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

Business Name: kaifengshiquhouquatinghaihuoshanghang
Business Address:
郑州区
郑州区1957
开封市
河南省
475000
CN

### Shipping Policies                                    ⌄

### Other Policies                                       ⌄

### Help                                                 ⌄



# Defendant No.: 52

## Store Name:
**Yooupi**

## Platform:
**Amazon**







# Defendant No.: 53

## Store Name:
## **KARUSHANGHANG**

## Platform:
## **Amazon**







# Defendant No.: 54

## Store Name:
## **SiYuRongMaoYi**

## Platform:
## **Amazon**







# Defendant No.: 55

## Store Name:
**gzkfsm**

## Platform:
**Amazon**







# Defendant No.: 56

## Store Name:
**Zhuanglian**

## Platform:
**Amazon**







# Defendant No.: 57

## Store Name:
**Canyonghaili**

## Platform:
**Amazon**







Defendant No.: 58

Store Name:
**hezeqishunmaoyiyouxiangongsi**

Platform:
**Amazon**





### hezeqishunmaoyiyouxiangongsi

Visit the hezeqishunmaoyiyouxiangongsi storefront

★★★☆☆ 33% positive lifetime (3 total ratings)

#### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

#### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

#### Detailed Seller Information

Business Name: hezeqishunmaoyiyouxiangongsi
Business Address:
  朗田路41号锦花区道
  深圳市
  龙岗区
  广东省
  518102
  CN

| Shipping Policies | ⌄ |
| --- | --- |
| Other Policies | ⌄ |
| Help | ⌄ |



# Defendant No.: 59

## Store Name:
## **bailantradean**

## Platform:
## **Amazon**







# Defendant No.: 60

## Store Name:
**chunrushangdian**

## Platform:
**Amazon**







# Defendant No.: 61

## Store Name:
**beish**

## Platform:
**Amazon**





**beish**

Visit the beish storefront

★★★☆☆  93% positive in the last 12 months (14 ratings)

**2 Pack Grand Canal Soap, PowerF...**
$14⁹⁹ ($7.50 / Count)

Add to Cart

**Return & Refund Policies**

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

**Amazon's A-to-z Guarantee**

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

**Detailed Seller Information**

Business Name: SHen ZHen SHI HOng yi MAo shi Pin you xian gONg si
Business Address:
电讯前进南村21组26路4001号2210
深圳市
罗湖区
广东省
518000
CN

**Shipping Policies**  ⌄

**Other Policies**  ⌄

**Help**  ⌄



# Defendant No.: 62

## Store Name:
**HENII**

## Platform:
**Amazon**







# Defendant No.: 63

## Store Name:
## **MUTI US**

## Platform:
## **Amazon**







# Defendant No.: 64

## Store Name:
## **LUGANGTONG**

## Platform:
## **Amazon**





## LUGANGTONG

Visit the LUGANGTONG storefront

★★★★★ 100% positive lifetime (1 total ratings)

**The Magic Soap, Grand Canal Old...**
$22⁹⁹ ($22.99 / Count)

Add to Cart

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

Business Name: Henanlugangtongjiangsingzhiqianzunliyouxiangongsi
Business Address:
曙城22街区3-001号
69号路由号街43711
砖林市
河南
450000
CN

| Shipping Policies | ˅ |
|---|---|
| Other Policies | ˅ |
| Help | ˅ |



# Defendant No.: 65

## Store Name:
**smile all day**

## Platform:
**Amazon**







# Defendant No.: 66

## Store Name:
## **tonglianshangdian**

## Platform:
## **Amazon**





### tonglianshangdian

Visit the tonglianshangdian storefront

★★★★★ 64% positive in the last 12 months (11 ratings)

#### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

#### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

#### Detailed Seller Information

Business Name: Liu Jin

Business Address:
二里店南街A17号市场楼三层B4号楼5栋576-1号
郑州市
管城回族区
河南省
450000
CN

| Shipping Policies | ⌄ |
|---|---|
| Other Policies | ⌄ |
| Help | ⌄ |



# Defendant No.: 67

## Store Name:
## **YueDeShop**

## Platform:
## **Amazon**







# Defendant No.: 68

## Store Name:
## **Plimida**

## Platform:
## **Amazon**







# Defendant No.: 69

## Store Name:
**RANRANLLL**

## Platform:
**Amazon**







# Defendant No.: 70

## Store Name:
## **Diameleo**

## Platform:
## **Amazon**







# Defendant No.: 71

## Store Name:
**WHSJKJ**

## Platform:
**Amazon**







# Defendant No.: 72

## Store Name:
## **Newcleaning**

## Platform:
## **Amazon**







# Defendant No.: 73

## Store Name:
**threemeals**

## Platform:
**Amazon**







# Defendant No.: 74

## Store Name:
**classic Yao**

## Platform:
**Amazon**







# Defendant No.: 75

## Store Name:
**apprenticeship**

## Platform:
**Amazon**







# Defendant No.: 76

## Store Name:
## **Lily's Beauty Salon**

## Platform:
## **Amazon**







# Defendant No.: 77

## Store Name:
## **WOSLXM-US(7-14Days)**

## Platform:
## **Amazon**





**WOSLXM-US(7-14Days)**

Visit the WOSLXM-US(7-14Days) storefront

★★☆☆☆ 44% positive lifetime (9 total ratings)

**Return & Refund Policies**

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

**Amazon's A-to-z Guarantee**

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details.

**Detailed Seller Information**

Business Name: guang zhou nen rong shang mao you xian gong si
Business Address:
滕州市
五金机电城709号
郑州市
郑江市
510432
CN

**Shipping Policies** ⌄

**Other Policies** ⌄

**Help** ⌄



# Defendant No.: 78

## Store Name:
**TQHMKJ**

## Platform:
**Amazon**







# Defendant No.: 79

## Store Name:
## **li-store**

## Platform:
## **Amazon**







# Defendant No.: 80

## Store Name:
## **Freshopping (Arrival in 7-15 days)**

## Platform:
## **Amazon**





**Freshopping (Arrival in 7-15 days)**

Visit the Freshopping (Arrival in 7-15 days) storefront

★★★★☆ 64% positive in the last 12 months (65 ratings)

Underwear Cleaning Soap,Grand ...

⭐ (6,143.) (Sevow)

Add to Cart

**Return & Refund Policies**

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

**Amazon's A-to-z Guarantee**

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

**Detailed Seller Information**

Business Name: chenghuaqu maiyefuzhuangdian
Business Address:
天府街12号帝之悦
成都市
四川省
610000
CN

**Shipping Policies**                                                                    ⌄

**Other Policies**                                                                       ⌄

**Help**                                                                                 ⌄



# Defendant No.: 81

## Store Name:
## **ZIZIRUIXIANG**

## Platform:
## **Amazon**







# Defendant No.: 82

## Store Name:
**nantongshiqiguowangluokejiyouxiangong si**

## Platform:
**Amazon**





## nantongshiqiguowangluokejiyouxiangongsi

Visit the nantongshiqiguowangluokejiyouxiangongsi storefront

★★★☆☆  0% positive lifetime (1 total ratings)

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

Business Name: nantongshiqiguowangluokejiyouxiangongsi
Business Address:
鼎兴花园
天安智汇城中心0108号
南通市
江苏
226000
CN

| Shipping Policies | ⌄ |
|---|---|
| Other Policies | ⌄ |
| Help | ⌄ |



# Defendant No.: 83

## Store Name:
**shuanggebukaidian**

## Platform:
**Amazon**







# Defendant No.: 84

## Store Name:
**BinhaiZhihe**

## Platform:
**Amazon**







# Defendant No.: 85

## Store Name:
**zheng zhou shi zhi xin shang mao you xian gong si**

## Platform:
**Amazon**





Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

Detailed Seller Information

Business Name: zheng zhou shi zhi xin shang mao you xian gong si
Business Address:
郑州市
中原区中原区中路2楼165号
郑州市
河南省
450000
CN

Shipping Policies                                                ⌄

Other Policies                                                   ⌄

Help                                                             ⌄



# Defendant No.: 86

## Store Name:
## **XUEBM**

## Platform:
## **Amazon**





## XUEBM

Visit the XUEBM storefront

Just launched · No feedback yet

**Underwear Cleaning Soap, Grand...**
$80$ (5 11.17 / Ounce)

Add to Cart

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

Business Name: Islangdddidhiquihiyibaihuoshanghang
Business Address:
中冶山路73号
江苏市
南京区
山西省
053000
CN

| Shipping Policies | ⌄ |
| --- | --- |
| Other Policies | ⌄ |
| Help | ⌄ |



# Defendant No.: 87

## Store Name:
**nianyunshang**

## Platform:
**Amazon**





### nianyunshang

Visit the nianyunshang storefront

Just launched · No feedback yet

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

Business Name: shangpunianyunshangnianyuxiangengzi
Business Address:
　谢堡阳镇丰市民大道建业街
　31号板2单元602里
　鹿邑市
　河南
　476500
　CN

| Shipping Policies | ⌄ |
|---|---|

| Other Policies | ⌄ |
|---|---|

| Help | ⌄ |
|---|---|



# Defendant No.: 88

## Store Name:
## **Areci**

## Platform:
## **Amazon**







# Defendant No.: 89

## Store Name:
**GYINXIANG**

## Platform:
**Amazon**





### GYINXIANG

Visit the GYINXIANG storefront

★★☆☆☆  33% positive lifetime (3 total ratings)

**IMPREC Underwear Cleaning Sea...**

$13.99

[ Add to Cart ]

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

Business Name: lvlianghongfeishangwezyouxiangongsi
Business Address:
城北东逆王府花园5号
吕梁市
离石区
山西省
033000
CN

| Shipping Policies | ⌄ |
|---|---|
| Other Policies | ⌄ |
| Help | ⌄ |



# Defendant No.: 90

## Store Name:
**liangruonanyidian**

## Platform:
**Amazon**





liangruonanyidian

Visit the liangruonanyidian storefront

Just launched · No feedback yet

**Return & Refund Policies**

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

**Amazon's A-to-z Guarantee**

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

**Detailed Seller Information**

Business Name: henanliangruonanyiyouxiangongsi
Business Address:
田楼街道
大茶路
城口村
打街
466000
CN

**Shipping Policies** ⌄

**Other Policies** ⌄

**Help** ⌄



# Defendant No.: 91

## Store Name:
**FoShanShiNanHaiQuYueMoShangMaoYo uXianGongSi**

## Platform:
**Amazon**





### FoShanShiNanHaiQuYueMoShangMaoYouXianGongSi

Visit the FoShanShiNanHaiQuYueMoShangMaoYouXianGongSi storefront

★★★★☆ 64% positive in the last 12 months (28 ratings)

DENGWANG Chinese Laundry So...

$19.99 ($19.99 / Count)

Add to Cart

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

Business Name: FoShanShiNanHaiQuYueMoShangMaoYouXianGongSi
Business Address:
罗村镇乐下黎涌一队内45号
34号
沙头街
石07街
000000
CN

| Shipping Policies | ⌄ |
|---|---|
| Other Policies | ⌄ |
| Help | ⌄ |



# Defendant No.: 92

## Store Name:
**aigouwu**

## Platform:
**Amazon**







# Defendant No.: 93

## Store Name:
**huidaye**

## Platform:
**Amazon**







# Defendant No.: 94

## Store Name:
**JueYouShangMao**

## Platform:
**Amazon**





**JueYouShangMao**

Visit the JueYouShangMao storefront

Just launched · No feedback yet

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

Business Name: hsnanjueyoumaoyiyousiengongsi
Business Address:
滁州国江瓷州商城路区
1号楼2单元 3205室
初州市
花山市产业开发区
花山区
450000
CN

| Shipping Policies | ⌄ |
|---|---|
| Other Policies | ⌄ |
| Help | ⌄ |



# Defendant No.: 95

## Store Name:
## **YunChuangshunli**

## Platform:
## **Amazon**





## YunChuangshunli

Visit the YunChuangshunli storefront

★★☆☆☆   27% positive in the last 12 months (11 ratings)

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

This Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

Business Name: GaoXinQuYunChuangRiYongPinDian
Business Address:
  国济区翔邻街11168号
  城村阳楼小区9栋第1704室
  保定市
  河北
  071000
  CN

| Shipping Policies | ⌄ |
|---|---|
| Other Policies | ⌄ |
| Help | ⌄ |



# Defendant No.: 96

## Store Name:
**wangshonshon**

## Platform:
**Amazon**





**wangshonshon**

Visit the wangshonshon storefront

★★☆☆☆ 27% positive lifetime (15 total ratings)

**Return & Refund Policies**

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

**Amazon's A-to-z Guarantee**

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

**Detailed Seller Information**

Business Name: ZhengZhouHangKongGangQuShaShiShangHaoShangHang

Business Address:

滚球场地1-3号

8049乡

拥兴集团

河南省

451100

CN

| Shipping Policies | ⌄ |
|---|---|
| Other Policies | ⌄ |
| Help | ⌄ |



# Defendant No.: 97

## Store Name:
## **LLLEEE**

## Platform:
## **Amazon**







# Defendant No.: 98

## Store Name:
## **jiazhichao123**

## Platform:
## **Amazon**





### jiazhichao123

Visit the jiazhichao123 storefront

★★★☆☆   50% positive lifetime (2 total ratings)

**Grand Canal Soap, Underwear Cl...**
$14⁹⁹ ($14.99 / Count)

Add to Cart

#### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

#### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

#### Detailed Seller Information

Business Name: zheng zhou nuan chao mao yi you xian gong si
Business Address:
  186 VINEYARD RD
  EDISON
  NJ
  08817-4755
  US

#### Shipping Policies ⌄

#### Other Policies ⌄

#### Help ⌄



# Defendant No.: 99

## Store Name:
**zouxinxiangbao**

## Platform:
**Amazon**







# Defendant No.: 100

## Store Name:
## **Best Service (7-21 days Arrive)**

## Platform:
## **Amazon**





### Best Service (7-21 days Arrive)

Visit the Best Service (7-21 days Arrive) storefront

★★★★★ 100% positive lifetime (1 total ratings)

DUMANXI Underwear Cleaning S...

$13.95

Add to Cart

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

Business Name: boo ding for wei shang miao you xian gong si
Business Address:
建设路615号401号楼B1102号楼号
锦官驿
锦江区
四川省
071000
CN

### Shipping Policies ⌄

### Other Policies ⌄

### Help ⌄



# Defendant No.: 101

## Store Name:
## **taintainxiaodian**

## Platform:
## **Amazon**





taintainxiaodian

Visit the taintainxiaodian storefront

★★★★☆ 92% positive in the last 12 months (11 ratings)

**Return & Refund Policies**

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

**Amazon's A-to-z Guarantee**

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

**Detailed Seller Information**

Business Name: zhengzhoushangkonggangquyongxichangmaoshanghang
Business Address:
唐城路四出西门为号
郑州市
郑州经济技术开发区
河南
450000
CN

**Shipping Policies** ⌄

**Other Policies** ⌄

**Help** ⌄



# Defendant No.: 102

## Store Name:
## **LZG-US**

## Platform:
## **Amazon**





## LZG-US

Visit the LZG-US storefront

★★☆☆☆ 0% positive lifetime (2 total ratings)

**Oisa Super Olore Cleaner, Grand ...**

$12⁹⁹ ($12.99 / Fl Oz)

Add to Cart

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** yilingsuyaqueilingzhanluncianwuyizhonghang
**Business Address:**
西城区朝阳区
地安路华门12座1单元3101
北京市
浙江
310050
CN

### Shipping Policies    ⌄

### Other Policies    ⌄

### Help    ⌄



# Defendant No.: 103

## Store Name:
**JIFOVER-W**

## Platform:
**Amazon**







# Defendant No.: 104

## Store Name:
**diannong**

## Platform:
**Amazon**







# Defendant No.: 105

## Store Name:
## **BARBARIC GROWTH**

## Platform:
## **Amazon**







# Defendant No.: 106

## Store Name:
**shihengkaiyue**

## Platform:
**Amazon**





