# Defendant No.: 107

Store Name:

**Xelere**

Platform:

**Amazon**

Grand Canal Soap, Lingerie Cleansing Soap, Long Lasting Fragrance, Powerful Cleansing Soap, Easy Stains Removal(2pcs)
Brand: Xelere
Search this page
$9.99 ($5.00 / Count)
Get a $50 Gift Card: Pay $0.00 $9.99 upon approval for Amazon Visa. No annual fee.
Item Form Bar
Skin Type 正常的
Brand Xelere
Material Feature Natural
Age Range (Description) Adult
About this item
【Grand Canal Underwear Cleaning Soap】: This Grand Canal Underwear Cleaning Soap has powerful cleaning ability, easily removes stains from clothes and solves your laundry troubles.
【Made with Natural Ingredients】: The soap is made of natural ingredients, this Grand Canal Cleansing Soap is harmless to our skin and clothes, you can use it with confidence. A bar of soap weighs 200 grams / 7.05 oz.
【Long-lasting Fragrance】: The clothes washed by the Grand Canal Bar will have a long-lasting fragrance, you don't even need to use perfume.
【Wide Applications】: Grand Canal soap can be used to clean any clothes, such as cotton clothes, skirts, underwear and shoes, and it can remove stubborn stains.
$9.99 ($5.00 / Count)
$2.99 delivery April 9 - 18.
Details
Deliver to Ye - Chicago 60607
In stock
Usually ships within 2 to 3 days.
Quantity: 1
Add to Cart
Buy Now
Ships from Xelere
Sold by Xelere
Returns Eligible for Return, Refund or Replacement....
Payment Secure transaction
See more
Add to List
YOUTH TO THE PEOPLE
Customer Service Best Sellers Music New Releases Livestreams Books Coupons Gift Cards Registry
Hello, Ye Account & Lists
Roll over image to zoom in

Amazon.com Seller Profile: Xele
https://www.amazon.com/sp?ie=UTF8&seller=A3HI97TUWLI4Q&asin=B00M19IDUW&ref_=dp_merchant_link
For quick access, place your favorites here on the favorites bar. Manage favorites now
Xelere
Visit the Xelere storefront
83% positive lifetime (12 total ratings)
Xelere Grand Canal Soap, Lingeri...
$9.99 ($ 5.00 / Count)
Add to Cart
Return & Refund Policies
To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.
To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.
For any issues with your return, if the product was shipped by the seller, you can get help here.
Amazon's A-to-z Guarantee
The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.
See full details
Detailed Seller Information
Business Name: zhengzhouqingmowangluokejiyouxiangongsi
Business Address:
郑州市
金水区
河南省
450000
CN
Shipping Policies
Other Policies
Help

Amazon.com Checkout
https://www.amazon.com/gp/buy/spc/handlers/display.html?hasWorkingJavascript=1
amazon
Checkout (1 item)
1 Shipping address
Ye Liu
1519 W WARREN BLVD UNIT 503
PMB 171
CHICAGO, IL 60607-1846
Add delivery instructions
Change
2 Payment method
Amazon PayCode
Pay within 48 hours
Change
3 Offers
4 Review items and shipping
Payment required within 48 hours or your order will be canceled
Estimated delivery: Apr 9, 2024 - Apr 18, 2024 Depends on when you pay.
Items shipped from Xelere
Xelere Grand Canal Soap, Lingerie Cleansing Soap, Long Lasting Fragrance, Powerful Cleansing Soap, Easy Stains Removal(2pcs)
$9.99
Sold by: Xelere
Gift options not available
Choose a delivery option:
Tuesday, Apr 9 - Thursday, Apr 18
$2.99 - Delivery
Place your order
Order total: $14.00
Place your order
Order Summary
Items: $9.99
Shipping & handling: $2.99
Total before tax: $12.98
Estimated tax to be collected: $1.02
Order total: $14.00
How are shipping costs calculated?
Why didn't I qualify for free shipping?

# Defendant No.: 108

Store Name:

**haoyisgfe**

Platform:

**Amazon**

amazon
Deliver to Ye Chicago 60607
underwear cleaning soap chinese
Hello, Ye Account & Lists
Returns & Orders
Cart
Be ready to say thanks in the moment
Shop multipack gift cards ›
The Magic Soap, Grand Canal Old Soap, Magic Soap Bar Stain Remover, Grand Canal Old Soap for Stains, Chinese Laundry Soap Bar,All Purpose Stain Removing Soap
Brand: STRAFFI
Search this page
$13.98 ($396.03 / Ounce)
Save 8% at checkout Shop items ›
Get a $50 Gift Card: Pay $0.00 $13.98 upon approval for Amazon Visa. No annual fee.
Color: 2PC
$8.98 ($254.39 / Ounce)
$13.98 ($396.03 / Ounce)
【Underwear Cleaning Soap】The Magic Soap, This cleansing soap for stains has excellent cleaning properties, removes most stains and leaves a fresh, original scent, perfect for washing our intimates. It is recommended to bring a small piece when traveling, which is more convenient than carrying washing powder.
【Powerful Removal of All Kinds of Stains】Grand Canal Old Soap, This soap cleaning for womencan easily remove stubborn stains from clothing, whether it is oil stains, sweat stains or milk stains, it can help you easily get rid of it and restore your clean clothes.
【Long Lasting Fragrance】Magic Soap Bar Stain Remover, Grand canal soap bar for stains has a mild and pleasant fragrance that removes unpleasant smells while leaving a long lasting light fragrance while being very friendly to
$13.98 ($396.03 / Ounce)
$3.85 delivery April 17 - May 8. Details
Deliver to Ye - Chicago 60607
In Stock
Quantity: 1
Add to Cart
Buy Now
Ships from haoyisgfe
Sold by haoyisgfe
Returns Eligible for Return, Refund or Replacement....
Payment Secure transaction
Add to essentials
Learn more about Your Essentials
Add to List
Roll over image to zoom in

Amazon.com Seller Profile: haoy
https://www.amazon.com/sp?ie=UTF8&seller=A2FQ6K0WHYP74K&asin=B0CLP2ZMHW&ref_=dp_merchant_link
For quick access, place your favorites here on the favorites bar. Manage favorites now
haoyisgfe
Visit the haoyisgfe storefront
100% positive lifetime (1 total ratings)
The Magic Soap, Grand Canal Old...
Add to Cart
Return & Refund Policies
To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.
To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.
For any issues with your return, if the product was shipped by the seller, you can get help here.
Amazon's A-to-z Guarantee
The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.
See full details
Detailed Seller Information
Business Name: yuzhoushihaohuimaoyiyouxiangongsi
Business Address:
452570
CN
Shipping Policies
Other Policies
Help

Amazon.com Checkout
https://www.amazon.com/gp/buy/spc/handlers/display.html?hasWorkingJavascript=1
For quick access, place your favorites here on the favorites bar. Manage favorites now
amazon
Checkout (1 item)
1 Shipping address
Ye Liu
1519 W WARREN BLVD UNIT 503
PMB 171
CHICAGO, IL 60607-1846
Add delivery instructions
Change
2 Payment method
Amazon PayCode
Pay within 48 hours
Change
3 Offers
4 Review items and shipping
Payment required within 48 hours or your order will be canceled
Estimated delivery: Apr 17, 2024 - May 8, 2024 Depends on when you pay.
Items shipped from haoyisgfe
The Magic Soap, Grand Canal Old Soap, Magic Soap Bar Stain Remover, Grand Canal Old Soap for Stains, Chinese Laundry Soap Bar,All Purpose Stain Removing Soap
$13.98 $12.86
Qty: 1
Sold by: haoyisgfe
$1.12 discount applied
Gift options not available
Choose a delivery option:
Wednesday, Apr 17 - Wednesday, May 8
$3.85 - Delivery
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Order Summary
Items: $13.98
Shipping & handling: $3.85
Promotion Applied: -$1.12
Total before tax: $16.71
Estimated tax to be collected:* $1.32
Order total: $18.03
Qualifying offers:
Promotion Applied
How are shipping costs calculated?
Why didn't I qualify for free shipping?

Defendant No.: 109

Store Name:

**Cmeilau**

Platform:

**Amazon**

https://www.amazon.com/Lcmei-Underwear-Cleaning-Long-lasting-Fragrance/dp/B0BDZNKSZR/ref=sr_1_1
Deliver to Ye Chicago 60607
underwear cleaning soap bar
Hello, Ye Account & Lists
Returns & Orders
Cart
Be ready to say thanks in the moment
Shop multipack gift cards ›
Health & Household › Household Supplies › Cleaning Tools › Sponges
2022 New Upgrade Grand Canal Soap,Natural Oil Soap Base Grand Canal Underwear Cleaning Soap, Underwear Cleaning Soap Bar Grand Canal, Long-lasting Fragrance,Removing Stains and Odors (200g*1pc)
Brand: Lcmei
Search this page
$12.69 ($12.69 / Count)
Get a $50 Gift Card: Pay $0.00 $12.69 upon approval for Amazon Visa. No annual fee.
Size: 1 Count (Pack of 1)
Item Form Bar
Skin Type Sensitive
Brand Lcmei
Scent Rose
Material Feature Natural
About this item
【Grand Canal Soap】Grand canal soap is produced with animal fat, phosphorus-free, green and environmentally friendly, gentle and not hurting hands. The foam of grand canal soap is rich and easy to clean.
【Natural Ingredients】Made from natural ingredients, this grand canal cleaning soap is not harmful to our skin and clothes, so you can use it with confidence.
【Clean and Remove Stains】This grand canal soap will remove stubborn stains from your clothes and easily solve your laundry troubles.
$12.69 ($12.69 / Count)
$1.99 delivery April 10 - 23.
Details
Deliver to Ye - Chicago 60607
In stock
Usually ships within 2 to 3 days.
Quantity: 1
Add to Cart
Buy Now
Ships from Cmeilau
Sold by Cmeilau
Returns Eligible for Return, Refund or Replacement...
Customer Service Cmeilau
See more
Add to essentials
Learn more about Your Essentials
Add to List
Roll over image to zoom in
大运河

Amazon.com Seller Profile: Cme
https://www.amazon.com/sp?ie=UTF8&seller=A1YC8BZSISZGTN&asin=B0BDZNKSZR&ref_=dp_merchant_link
For quick access, place your favorites here on the favorites bar. Manage favorites now
Cmeilau
Visit the Cmeilau storefront
89% positive lifetime (27 total ratings)
Lcmei 2022 New Upgrade Grand ...
$12.69 ($ 12.69 / Count)
Add to Cart
Return & Refund Policies
To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.
To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.
For any issues with your return, if the product was shipped by the seller, you can get help here.
Amazon's A-to-z Guarantee
The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.
See full details
Detailed Seller Information
Business Name: Dongguan tuoluojingmijishu youxiangongsi
Business Address:
航城智慧科技园409
深圳市
宝安区航城街道
广东省
518000
CN
Shipping Policies
Other Policies
Help

Amazon.com Checkout
amazon
Checkout (1 item)
1 Shipping address
Ye Liu
1519 W WARREN BLVD UNIT 503
PMB 171
CHICAGO, IL 60607-1846
Add delivery instructions
Change
2 Payment method
Amazon PayCode
Pay within 48 hours
Change
3 Offers
4 Review items and shipping
Payment required within 48 hours or your order will be canceled
Estimated delivery: Apr 10, 2024 - Apr 23, 2024 Depends on when you pay.
Items shipped from Cmeilau
Lcmei 2022 New Upgrade Grand Canal Soap,Natural Oil Soap Base Grand Canal Underwear Cleaning Soap, Underwear Cleaning Soap Bar Grand Canal, Long-lasting Fragrance,Removing Stains and Odors (200g*1pc)
$12.69
Sold by: Cmeilau
Gift options not available
Choose a delivery option:
Wednesday, Apr 10 - Tuesday, Apr 23
$1.99 - Delivery
Place your order
Order Summary
Items: $12.69
Shipping & handling: $1.99
Total before tax: $14.68
Estimated tax to be collected: $1.30
Order total: $15.98
How are shipping costs calculated?
Why didn't I qualify for free shipping?

Defendant No.: 110

Store Name:

**NUMONE HOME**

Platform:

**Amazon**

Be ready to say thanks in the moment
Shop multipack gift cards ›
Hot Cleaning Bar Soap for Stains, Cleansing Soap for Stains, Underwear Cleaning Bar, 2024 New Hot Cleaning Soap, All Purpose Stain Removing Soap Bar (Color : 2pcs)
Visit the NUMONE HOME Store
Search this page
$19.99 ($19.99 / Count)
Get a $50 Gift Card: Pay $0.00 $19.99 upon approval for Amazon Visa. No annual fee.
Color: 2pcs
$15.99 ($15.99 / Count)
$19.99 ($19.99 / Count)
$23.99 ($23.99 / Count)
【Hot cleaning bar soap for stains】 The hot cleaning soap is made of natural coconut oil and vegetable soap base.This soap has excellent cleaning performance, removes most of the stains and leaves a fresh, original scent, perfect for washing our intimate clothing.
【Long lasting fragrance】 Clothes washed with this soap will have a long lasting fragrance while being very friendly to our skin, you don't even need to use perfume.
【Fast and efficient】 This soap can easily remove sweat stains, oil stains and other stubborn stains on clothes, easily solve your laundry troubles.
【Underwear cleaning soap】 This underwear soap is gentle on all fabrics, providing a gentle clean. It is also safe for clothing and has no damage to the fabric.
【Wide application】 Whether it's underwear, tops, pants or baby clothes, you
$19.99 ($19.99 / Count)
FREE delivery April 9 - 19. Details
Deliver to Ye - Chicago 60607
In Stock
Quantity: 1
Add to Cart
Buy Now
Ships from NUMONE HOME
Sold by NUMONE HOME
Returns Eligible for Return, Refund or Replacement...
Payment Secure transaction
See more
Add to essentials
Learn more about Your Essentials
Add to List

Amazon.com Seller Profile: NUM
https://www.amazon.com/sp?ie=UTF8&seller=A3MT7DHVRTMXHR&asin=B0CHB36XF8&ref_=dp_merchant_link
For quick access, place your favorites here on the favorites bar. Manage favorites now
NUMONE HOME
Visit the NUMONE HOME storefront
60% positive in the last 12 months (10 ratings)
Hot Cleaning Bar Soap for Stains,...
$19.99
Add to Cart
Return & Refund Policies
To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.
To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.
For any issues with your return, if the product was shipped by the seller, you can get help here.
Amazon's A-to-z Guarantee
The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.
See full details
Detailed Seller Information
Business Name: HENANRUOBOWANGLUOKEJIYOUXIANGONGSI
Business Address:
丰产路街道
红专路110号28层2805号
郑州市
金水区
河南省
450003
CN
Shipping Policies
Other Policies
Help

Amazon.com Checkout
https://www.amazon.com/gp/buy/spc/handlers/display.html?hasWorkingJavascript=1
For quick access, place your favorites here on the favorites bar. Manage favorites now
amazon
Checkout (1 item)
1 Shipping address
Ye Liu
1519 W WARREN BLVD UNIT 503
PMB 171
CHICAGO, IL 60607-1846
Add delivery instructions
Change
2 Payment method
Amazon PayCode
Pay within 48 hours
Change
3 Offers
4 Review items and shipping
Payment required within 48 hours or your order will be canceled
Estimated delivery: Apr 9, 2024 - Apr 19, 2024 Depends on when you pay.
Items shipped from NUMONE HOME
Hot Cleaning Bar Soap for Stains, Cleansing Soap for Stains, Underwear Cleaning Bar, 2024 New Hot Cleaning Soap, All Purpose Stain Removing Soap Bar (Color : 2pcs)
$19.99
Qty: 1
Sold by: NUMONE HOME
Gift options not available
Choose a delivery option:
Tuesday, Apr 9 - Friday, Apr 19
FREE Delivery
Place your order
Order total: $22.04
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Order Summary
Items: $19.99
Shipping & handling: $0.00
Total before tax: $19.99
Estimated tax to be collected: $2.05
Order total: $22.04
How are shipping costs calculated?

# Defendant No.: 111

Store Name:
**Yiyue31**

Platform:
**Amazon**

underwear cleaning soap bar
Level up with gaming gift cards
2Pcs Grand Canal Soap, Grand Canal Underwear Cleaning Soap, Cleaning Soap Bar for Stains, Powerful Cleaning Soap Bar, Underwear Cleaning Soap Bar
Brand: JingYueHT
$13.99 ($7.00 / Count)
Get a $50 Gift Card: Pay $0.00 $13.99 upon approval for Amazon Visa. No annual fee.
Brand JingYueHT
Item Form Bar
Scent Fresh, Original Scent
Unit Count 2.0 Count
Material Feature Natural
About this item
【Grand Canal Soap】The underwear soap bar has a mild and pleasant scent makes it friendly for sensitive and eczema-prone skin. Ideal hand wash for your bras and panties. Recommended to use this underwear cleaning soap bar in place of washing powder while traveling.
【Underwear Cleaning Soap】This soap has excellent cleaning properties, removes most stains and leaves a fresh, original scent, perfect for washing our intimates. Close-fitting clothing is related to our health, hand washing is recommended.
$1.99 delivery April 17 - May 7.
In Stock
Add to Cart
Buy Now
Ships from Yiyue51
Sold by Yiyue51
Add to List

Amazon.com Seller Profile: Yiyu
https://www.amazon.com/sp?ie=UTF8&seller=A3KYKG72DXQVU&asin=B0BGGM4Y2X&ref_=dp_merchant_link
For quick access, place your favorites here on the favorites bar. Manage favorites now
Yiyue31
Visit the Yiyue31 storefront
33% positive lifetime (3 total ratings)
2Pcs Grand Canal Soap, Grand Ca...
Add to Cart
Return & Refund Policies
To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.
To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.
For any issues with your return, if the product was shipped by the seller, you can get help here.
Amazon's A-to-z Guarantee
The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.
See full details
Detailed Seller Information
Business Name: Ganzhouyujingdianzishangwuyouxiangongsi
Business Address:
ganzhoushi
大余县
Jiangxisheng
341500
CN
Shipping Policies
Other Policies
Help

Amazon.com Checkout
amazon
Checkout (1 item)
1 Shipping address
Ye Liu
1519 W WARREN BLVD UNIT 503
PMB 171
CHICAGO, IL 60607-1846
Add delivery instructions
Change
2 Payment method
Amazon PayCode
Pay within 48 hours
Change
3 Offers
4 Review items and shipping
Payment required within 48 hours or your order will be canceled
Estimated delivery: Apr 17, 2024 - May 7, 2024 Depends on when you pay.
Items shipped from Yiyue31
2Pcs Grand Canal Soap, Grand Canal Underwear Cleaning Soap, Cleaning Soap Bar for Stains, Powerful Cleaning Soap Bar, Underwear Cleaning Soap Bar
$13.99
Sold by: Yiyue31
Gift options not available
Choose a delivery option:
Wednesday, Apr 17 - Tuesday, May 7
$1.99 - Delivery
Place your order
Order total: $17.41
Place your order
Order Summary
Items: $13.99
Shipping & handling: $1.99
Total before tax: $15.98
Estimated tax to be collected: $1.43
Order total: $17.41
How are shipping costs calculated?
Why didn't I qualify for free shipping?

# Defendant No.: 112

Store Name:
**guoshujun's shop**

Platform:
**Amazon**

Grand Canal Soap - Grand Canal Underwear Cleaning Soap, Grand Canal Cleaning Soap Bar, Grand Canal Soap Bar for Stains, Long-Lasting Fragrance, Transparent Deodorant Soap
Brand: Generic
$26.99 ($6.75 / Count)
Get a $50 Gift Card: Pay $0.00 $26.99 upon approval for Amazon Visa. No annual fee.
Color: 4pcs
$10.99
$16.99 ($8.50 / Count)
$26.99 ($6.75 / Count)
Brand Generic
Item Form Soap Bar
Scent Fresh Scent
Material Feature Natural
Unit Count 4.0 Count
About this item
【Grand Canal Soap】Grand canal soap has a mild and pleasant fragrance that removes odors while leaving a long lasting light fragrance while being very friendly to our skin.We have 80 years of soap making experience, use this
$26.99 ($6.75 / Count)
$3.99 delivery April 17 - May 8. Details
Deliver to Ye - Chicago 60607
In Stock
Quantity: 1
Add to Cart
Buy Now
Ships from guoshujun's shop
Sold by guoshujun's shop
Returns Eligible for Return, Refund or Replacement....
Payment Secure transaction
See more
Add to List
UNBOXING with NICK CANNON
Watch now

Amazon.com Seller Profile: guo
https://www.amazon.com/sp?ie=UTF8&seller=A3J838HUX5TTZB&asin=B0BDYCG6JX&ref_=dp_merchant_link
For quick access, place your favorites here on the favorites bar. Manage favorites now
guoshujun's shop
Visit the guoshujun's shop storefront
0% positive lifetime (1 total ratings)
Grand Canal Soap - Grand Canal ...
$26
Add to Cart
Return & Refund Policies
To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.
To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.
For any issues with your return, if the product was shipped by the seller, you can get help here.
Amazon's A-to-z Guarantee
The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.
See full details
Detailed Seller Information
Business Name: kaifengyanruishangmaoyouxiangongsi
Business Address:
郑开大道298号商贸大厦B座914-161号
开封市
河南自贸试验区开封片区
河南省
475000
CN
Shipping Policies
Other Policies
Help

Amazon.com Checkout
https://www.amazon.com/gp/buy/spc/handlers/display.html?hasWorkingJavascript=1
For quick access, place your favorites here on the favorites bar. Manage favorites now
amazon
Checkout (1 item)
1 Shipping address
Ye Liu
1519 W WARREN BLVD UNIT 503
PMB 171
CHICAGO, IL 60607-1846
Add delivery instructions
Change
2 Payment method
Amazon PayCode
Pay within 48 hours
Change
3 Offers
4 Review items and shipping
Payment required within 48 hours or your order will be canceled
Estimated delivery: Apr 17, 2024 - May 8, 2024 Depends on when you pay.
Items shipped from guoshujun's shop
Grand Canal Soap - Grand Canal Underwear Cleaning Soap, Grand Canal Cleaning Soap Bar, Grand Canal Soap Bar for Stains, Long-Lasting Fragrance, Transparent Deodorant Soap
$26.99
Qty: 1
Sold by: guoshujun's shop
Gift options not available
Choose a delivery option:
Wednesday, Apr 17 - Wednesday, May 8
$3.99 - Delivery
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Order Summary
Items: $26.99
Shipping & handling: $3.99
Total before tax: $30.98
Estimated tax to be collected:* $2.77
Order total: $33.75
How are shipping costs calculated?
Why didn't I qualify for free shipping?

# Defendant No.: 113

Store Name:
**SHENGZHIYU**

Platform:
**Amazon**

Underwear Cleaning Soap,All Purpose Stain Removing Soap,Grand Canal Soap,Grand Canal Soap Bar for Stains,Gentle Without Hurting Hands, Long-Lasting Fragrance (1PCS)
Visit the DENGWANG Store
Grand Canal Soap
In Stock
Add to Cart
Buy Now
About this item

Amazon.com Seller Profile: SHE
https://www.amazon.com/sp?ie=UTF8&seller=A3MZWR6B922QV6&asin=B0BS6Z8PR8&ref_=dp_merchant_link
For quick access, place your favorites here on the favorites bar. Manage favorites now
SHENGZHIYU
Visit the SHENGZHIYU storefront
44% positive in the last 12 months (27 ratings)
Underwear Cleaning Soap,All Pur...
Add to Cart
Return & Refund Policies
To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.
To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.
For any issues with your return, if the product was shipped by the seller, you can get help here.
Amazon's A-to-z Guarantee
The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.
See full details
Detailed Seller Information
Business Name: gaoyahui
Business Address:
郑东商业中心C区6-121
郑州市
郑东新区
河南省
450000
CN
Shipping Policies
Other Policies
Help

Amazon.com Checkout
https://www.amazon.com/gp/buy/spc/handlers/display.html?hasWorkingJavascript=1
For quick access, place your favorites here on the favorites bar. Manage favorites now
amazon
Checkout (1 item)
1 Shipping address
Ye Liu
1519 W WARREN BLVD UNIT 503
PMB 171
CHICAGO, IL 60607-1846
Add delivery instructions
Change
2 Payment method
Amazon PayCode
Pay within 48 hours
Change
3 Offers
4 Review items and shipping
Payment required within 48 hours or your order will be canceled
Estimated delivery: Apr 8, 2024 - Apr 18, 2024 Depends on when you pay.
Items shipped from SHENGZHIYU
Underwear Cleaning Soap,All Purpose Stain Removing Soap,Grand Canal Soap,Grand Canal Soap Bar for Stains,Gentle Without Hurting Hands, Long-Lasting Fragrance (1PCS)
$9.99
Qty: 1
Sold by: SHENGZHIYU
Gift options not available
Choose a delivery option:
Monday, Apr 8 - Thursday, Apr 18
$3.99 - Delivery
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Order Summary
Items: $9.99
Shipping & handling: $3.99
Total before tax: $13.98
Estimated tax to be collected: $1.02
Order total: $15.00
How are shipping costs calculated?
Why didn't I qualify for free shipping?
Place your order
Order total: $15.00

# Defendant No.: 114

## Store Name:
**OLMPIKE**

## Platform:
**Amazon**

Olsa Super Olure Cleaner, The Soap, Soap Bar Stain Remover, Grand Canal Soap Bar for Stains, Long-Lasting Fragrance, Soap for Laundry Gentle for Hands (1 PCS)
Add to Cart
Buy Now
About this item

Amazon.com Seller Profile: OLM
https://www.amazon.com/sp?ie=UTF8&seller=A3MD8DWTNWJ9V0&asin=B0CQXN57GR&ref_=dp_merchant_link
For quick access, place your favorites here on the favorites bar. Manage favorites now
OLMPIKE
Visit the OLMPIKE storefront
40% positive in the last 12 months (10 ratings)
Olsa Super Olure Cleaner, The So...
Add to Cart
Return & Refund Policies
To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.
To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.
For any issues with your return, if the product was shipped by the seller, you can get help here.
Amazon's A-to-z Guarantee
The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.
See full details
Detailed Seller Information
Business Name: kaifengshigulouquranquanbaihuoshanghang
Business Address:
开封市
河南省
475000
CN
Shipping Policies
Other Policies
Help

Amazon.com Checkout
For quick access, place your favorites here on the favorites bar. Manage favorites now
amazon
Checkout (1 item)
1 Shipping address
Ye Liu
1519 W WARREN BLVD UNIT 503
PMB 171
CHICAGO, IL 60607-1846
Add delivery instructions
Change
2 Payment method
Amazon PayCode
Pay within 48 hours
Change
3 Offers
4 Review items and shipping
Payment required within 48 hours or your order will be canceled
Estimated delivery: Apr 17, 2024 - Apr 24, 2024 Depends on when you pay.
Items shipped from OLMPIKE
Olsa Super Olure Cleaner, The Soap, Soap Bar Stain Remover, Grand Canal Soap Bar for Stains, Long-Lasting Fragrance, Soap for Laundry Gentle for Hands (1 PCS)
$7.99
Sold by: OLMPIKE
Gift options not available
Choose a delivery option:
Wednesday, Apr 17 - Wednesday, Apr 24
$5.99 - Delivery
Place your order
Order total: $14.80
Place your order
Order Summary
Items: $7.99
Shipping & handling: $5.99
Total before tax: $13.98
Estimated tax to be collected: $0.82
Order total: $14.80
How are shipping costs calculated?
Why didn't I qualify for free shipping?

Defendant No.: 115

Store Name:

**Leyeus**

Platform:

**Amazon**

2Pcs Grand Canal Soap,200g Underwear Cleaning Soap Bar, Good Stain Remover Bar for Clothes, Cleaning Soap Bar for Stains, Natural Plant Soap Cleaning for Baby & Kid's Clothing.
Brand: GUPSAP
Price: $5.99
Add to Cart
Buy Now

Amazon.com Seller Profile: Leye
https://www.amazon.com/sp?ie=UTF8&seller=A15BG41WYOHBT9&asin=B0BV6CZ34H&ref_=dp_merchant_link&isAmazonFulfilled=1
For quick access, place your favorites here on the favorites bar. Manage favorites now
Leyeus
Visit the Leyeus storefront
97% positive in the last 12 months (33 ratings)
2Pcs Grand Canal Soap,200g Und...
Add to Cart
"works great, no pain when shaving"
By Ellen Patterson on December 12, 2023.
Previous Next
Return & Refund Policies
Please refer to the Amazon.com Return Policy .
Detailed Seller Information
Business Name: Wuhan Leye Dianzishangwu Youxiangongsi
Business Address:
武汉市
武昌区
湖北省
430000
CN
Shipping Policies
Other Policies
Help

Amazon.com Checkout
https://www.amazon.com/gp/buy/spc/handlers/display.html?hasWorkingJavascript=1
amazon
Checkout (1 item)
1 Shipping address
Ye Liu
1519 W WARREN BLVD UNIT 503
PMB 171
CHICAGO, IL 60607-1846
Add delivery instructions
Or pick up near this address - See nearby pickup locations
2 Payment method
Amazon PayCode
Pay within 48 hours
3 Offers
4 Review items and shipping
Payment required within 48 hours or your order will be canceled
Estimated delivery: Apr 5, 2024 - Apr 7, 2024 Depends on when you pay.
2Pcs Grand Canal Soap,200g Underwear Cleaning Soap Bar, Good Stain Remover Bar for Clothes, Cleaning Soap Bar for Stains, Natural Plant Soap Cleaning for Baby & Kid's Clothing.
$5.99 & FREE Returns
Subscribe & Save:
Save up to 5% on future auto-deliveries
Choose a delivery option:
Friday, Apr 5 - Sunday, Apr 7
$6.99 - Delivery
Place your order
Order Summary
Items: $5.99
Shipping & handling: $6.99
Total before tax: $12.98
Estimated tax to be collected: $0.61
Order total: $13.59
How are shipping costs calculated?
Why didn't I qualify for free shipping?

Defendant No.: 116

Store Name:

**zhengzhoumuduodianzishangwuyouxian gongsi**

Platform:

**Amazon**

Magic Soap Bar Stain Remover, Grand Canal Soap Bar For Stains, Chinese Laundry Bar Soap Stain Remover, Long-Lasting Fragrance (Size : 3pcs)
Brand: AVCULT
$23.99
In Stock
Add to Cart
Buy Now
About this item

Amazon.com Seller Profile: zhen
https://www.amazon.com/sp?ie=UTF8&seller=A1AETHWDEWKKG4&asin=B0CL4789HQ&ref_=dp_merchant_link
For quick access, place your favorites here on the favorites bar. Manage favorites now
zhengzhoumuduodianzishangwuyouxiangongsi
Visit the zhengzhoumuduodianzishangwuyouxiangongsi storefront
29% positive lifetime (7 total ratings)
Magic Soap Bar Stain Remover, G...
$23.99
Add to Cart
Return & Refund Policies
To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.
To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.
For any issues with your return, if the product was shipped by the seller, you can get help here.
Amazon's A-to-z Guarantee
The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.
See full details
Detailed Seller Information
Business Name: chenweifeng
Business Address:
2单元17层371号
郑州市
河南
450001
CN
Shipping Policies
Other Policies
Help

Amazon.com Checkout
https://www.amazon.com/gp/buy/spc/handlers/display.html?hasWorkingJavascript=1
For quick access, place your favorites here on the favorites bar. Manage favorites now
amazon
Checkout (1 item)
1 Shipping address
Ye Liu
1519 W WARREN BLVD UNIT 503
PMB 171
CHICAGO, IL 60607-1846
Add delivery instructions
Change
2 Payment method
Amazon PayCode
Pay within 48 hours
Change
3 Offers
4 Review items and shipping
Payment required within 48 hours or your order will be canceled
Estimated delivery: Apr 10, 2024 - Apr 22, 2024 Depends on when you pay.
Items shipped from zhengzhoumuduodianzishangwuyouxiangongsi
Magic Soap Bar Stain Remover, Grand Canal Soap Bar For Stains, Chinese Laundry Bar Soap Stain Remover, Long-Lasting Fragrance (Size : 3pcs)
$23.99
Qty: 1
Sold by: zhengzhoumuduodianzishangwuyouxiangongsi
Gift options not available
Choose a delivery option:
Wednesday, Apr 10 - Monday, Apr 22
FREE Delivery
Place your order
Order total: $26.45
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Order Summary
Items: $23.99
Shipping & handling: $0.00
Total before tax: $23.99
Estimated tax to be collected:* $2.46
Order total: $26.45
How are shipping costs calculated?

Defendant No.: 117

Store Name:
**zheng zhou dou xuan shang mao you xian gong si**

Platform:
**Amazon**

https://www.amazon.com/Cleaner-Cleaning-Cleansing-Underwear-Removing/dp/B0CQYLZRRV/ref=sr_1_178?crid=I446V7PLSFOO&dib=eyJ2IjoiMSJ9.CQ...
amazon
Deliver to Ye Chicago 60607
underwear+cleaning+soap
Hello, Ye Account & Lists
Returns & Orders
Cart
Medical Care
Customer Service
Livestreams
Groceries
Handmade
Buy Again
Household, Health & Baby Care
Pharmacy
Coupons
Amazon Basics
Subscribe & Save
Amazon Home
Shop By Interest
Shop women-owned businesses
Lala Kent livestreams her must-have products
Watch now
Olsa Super Olure Cleaner, The Magic Soap, Hot Cleaning Bar Soap for Stains, Cleansing Soap for Stains, Underwear Cleaning Bar, 2024 New Hot Cleaning Soap, All Purpose Stain Removing Soap Bar (Color :
Brand: OTEB
Search this page
$15.99 ($452.97 / Ounce)
Thank you for being an Amazon customer. Get $50 off: Pay $0.00 $15.99 upon approval for Amazon Visa.
Color: 1pcs
$15.99 ($452.97 / Ounce)
$19.99 ($566.29 / Ounce)
$23.99 ($679.60 / Ounce)
Brand OTEB
Item Form Bar
Scent Fresh, Original Scent
Material Feature Natural
Number of Items 1
About this item
【Hot cleaning bar soap for stains】 The hot cleaning soap is made of natural
Roll over image to zoom in
$15.99 ($452.97 / Ounce)
FREE delivery April 10 - 22. Details
Deliver to Ye - Chicago 60607
In Stock
Quantity: 1
Add to Cart
Buy Now
Ships from zheng zhou dou xuan shang mao you xian gong si
Sold by zheng zhou dou xuan shang mao you xian gong si
Returns Eligible for Return, Refund or Replacement...
Payment Secure transaction
See more
Add to List

Amazon.com Seller Profile: zhen
https://www.amazon.com/sp?ie=UTF8&seller=A357TOADYINSQC&asin=B0CQYLZRRV&ref_=dp_merchant_link
For quick access, place your favorites here on the favorites bar. Manage favorites now
zheng zhou dou xuan shang mao you xian gong si
Visit the zheng zhou dou xuan shang mao you xian gong si storefront
67% positive lifetime (3 total ratings)
Olsa Super Olure Cleaner, The M...
$15.99
Add to Cart
Return & Refund Policies
To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.
To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.
For any issues with your return, if the product was shipped by the seller, you can get help here.
Amazon's A-to-z Guarantee
The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.
See full details
Detailed Seller Information
Business Name: zheng zhou dou xuan shang mao you xian gong si
Business Address:
航空港经济综合实验区
郑州市
河南
451162
CN
Shipping Policies
Other Policies
Help

Amazon.com Checkout
amazon
Checkout (1 item)
1 Shipping address
Ye Liu
1519 W WARREN BLVD UNIT 503
PMB 171
CHICAGO, IL 60607-1846
Add delivery instructions
Change
2 Payment method
Amazon PayCode
Pay within 48 hours
Change
3 Offers
4 Review items and shipping
Payment required within 48 hours or your order will be canceled
Estimated delivery: Apr 10, 2024 - Apr 22, 2024 Depends on when you pay.
Olsa Super Olure Cleaner, The Magic Soap, Hot Cleaning Bar Soap for Stains, Cleansing Soap for Stains, Underwear Cleaning Bar, 2024 New Hot Cleaning Soap, All Purpose Stain Removing Soap Bar (Color :
$15.99
Choose a delivery option:
Wednesday, Apr 10 - Monday, Apr 22
FREE Delivery
Gift options not available
Place your order
Order Summary
Items: $15.99
Shipping & handling: $0.00
Total before tax: $15.99
Estimated tax to be collected: $1.64
Order total: $17.63

# Defendant No.: 118

Store Name:

**Shop1102903427 Store**

Platform:

**AliExpress**

AliExpress
Shop1102903427 Store
Welcome deal
$0.49 $13.83 -96%
Choice
· Free shipping on first order
· Fast delivery by Apr 04 - 09
· Delivery guarantee $1.00 coupon code for late delivery
· Free returns within 90 days, no questions asked
200g Natural Laundry Soap Underwear Cleaning Soap Bar Powerful Stain Remover Deep Cleaning Clothes Removing Odors And Stains
4.8 51 Reviews | 253 sold
Color: 200g Soap
AliExpress assurance
Safe payments Payment methods used by many international shoppers
Security & privacy We respect your privacy so your personal details are safe
Buyer protection Get your money back if your order isn't delivered by estimated date or if you're not satisfied with your order
Ship to United States
Choice Delivery
Free shipping
delivery by Apr 04 - 09
and a $1.00 coupon for late delivery
Choice Service
Free returns · Delivery Guarantee
Quantity
1
1 pieces at most per customer
Buy now
Add to Cart
Share
283

Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.428fkgAakgAavX&storeNum=1102905370
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
Summary
Total item costs $0.49
Promo code Enter code here
Total shipping Free
Tax $0.49
Total $0.98
Place order
200g Natural Laundry Soap Underwear Cleaning Soap Bar Powerful Stain Remover Deep C...
$0.49
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group

Defendant No.: 119

Store Name:

**Lowest_Price Store**

Platform:

**AliExpress**

AliExpress
Lowest_Price Store
90.9% Positive Feedback | 809 Followers
Store Home
Products
Feedback
$19.57
Choice
Grand Canal Underwear Cleaning Soap Bar Natural Laundry soap Remover Clean old soap for Deep Cleaning Underwear Acarus Killing
4.8 21 Reviews | 127 sold
Coupon & Discount
$2.00 off
On orders over $25.00
2% off
Buy 3 pieces
Color: 5pcs Chinese version
AliExpress assurance
Safe payments
Security & privacy
Buyer protection
Ship to
United States
Choice Delivery
Free shipping
delivery by Apr 09 - 12
and a $1.00 coupon for late delivery
Choice Service
Free returns · Delivery Guarantee
Quantity
97 Pieces available
Buy now
Add to Cart
Share
687

Grand Canal Underwear Cleanin | Show Licences

https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.78d0U24AU24ARc&storeNum=1101781381

**Business information**

| | |
|---|---|
| **Company name:** | [illegible] |
| **VAT number:** | [illegible]****** |
| **Business license registration number:** | [illegible]****** |
| **Address:** | [illegible] |
| **Legal Representative:** | [illegible] |
| **Business Scope:** | [illegible] |
| **Established:** | [illegible] |
| **Registration authority:** | [illegible] |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何用途。**

AliExpress
Shipping Address
Payment Methods
Select payment method
Lowest_Price Store
Grand Canal Underwear Cleaning Soap Bar Natural Laundry soap Remover Clean old soap...
$19.57
Summary
Total item costs $19.57
Promo code Enter code here
Total shipping Free
Tax $2.01
Total $21.58
Place order
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group

Defendant No.: 120

Store Name:

**Savecash4you2022 Store**

Platform:

**AliExpress**

AliExpress
Savecash4you2022 Store
Store Home
Products
Feedback
$8.41 $16.82
Grand Canal Soap Underwear Cleaning Soap Grand Canal Old Soap Removing Odors and Stains Long-lasting Fragrance Home Accessory
Coupon & Discount
Color: 200g
Ship to
Delivery
Free Shipping
Service
Quantity
Buy now
Add to Cart
Share
Product
Parameters
大运河
Related items

Grand Canal Soap Underwear
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.712d4rl54rl51r&storeNum=1102423052
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

Please Confirm Your Order - AliE
https://www.aliexpress.us/p/trade/confirm.html?objectId=1005005356581724&from=aliexpress&countryCode=CN&shippingCompany=CAINIAO_STAN...
AliExpress
Shipping Address
Liu Ye +1 8586109796
1519 W Warren Blvd / Unit 503 PMB 171
Chicago, Illinois, United States, 60607
Change
Payment Methods
Select payment method
Savecash4you2022 Store
Grand Canal Soap Underwear Cleaning Soap Grand Canal Old Soap Removing Odors and ...
$8.41
1
Free shipping
Free returns
Summary
Total item costs $8.41
Promo code Enter code here
Total shipping Free
Tax $0.86
Total $9.27
Place order
AliExpress
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 121

Store Name:

**Shop912562568 Store**

Platform:

**AliExpress**

AliExpress
Shop912562568 Store
89.9% Positive Feedback | 624 Followers
Store Home
Products
Feedback
$9.68 $17.60 -45%
200g Grand Canal Soap Underwear Cleaning Soap Grand Canal Old Soap Removing Odors and Stains Long-lasting Fragrance
4 sold
Coupon & Discount
$3.00 off
On orders over $78.00
Smell: 200g
Ship to
United States
Delivery
Free Shipping
Estimated delivery on May 05
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
183 Pieces available
Buy now
Add to Cart
Share
24
Related items

200g Grand Canal Soap Underw
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.d21c8DyA8DyAbY&storeNum=1101922736
Business information
Company name:
Guangzhou Saige Trading Co., Ltd
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
2016-05-30
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
Shop912562568 Store
200g Grand Canal Soap Underwear Cleaning Soap Grand Canal Old Soap Removing Odors...
$9.68
Summary
Total item costs
$9.68
Promo code
Enter code here
Total shipping
Free
Tax
$0.99
Total
$10.67
Place order
AliExpress
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 122

Store Name:
**HA Professional Hyaluronic Acid Store**

Platform:
**AliExpress**

AliExpress
HA Professional Hyaluronic Acid Store
85.4% Positive Feedback | 1212 Followers
Store Home
Products
Feedback
$9.62 $17.50 -45%
Hot 200g Underwear Cleaning Soap Cleaning Detergent Stain Remover Clean Laundry Soap 1PC/bag Free Shiping
3 sold
Coupon & Discount
$3.00 off
On orders over $78.00
Smell: 200g
Ship to
United States
Delivery
Free Shipping
Estimated delivery on May 05
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
3+ pieces, extra 2% off
186 Pieces available
Buy now
Add to Cart
Share
22
Related items

https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.2ce2N5GWN5GW3N&storeNum=1101845134

**Business information**

Please see the seller's business information below.

Business license information

| | |
|---|---|
| **Company name:** | Guangzhou [illegible] Trading Co., Ltd. |
| **VAT number:** | 91440101MA9R****** |
| **Business license registration number:** | 91440101MA9R****** |
| **Address:** | Room [illegible], Building [illegible], [illegible] Creative Park, No.1 [illegible] Road, [illegible], [illegible] Creative Park, [illegible] Street, Baiyun District, Guangzhou City |
| **Legal Representative:** | Huang Bin |
| **Business Scope:** | Retail of arts and crafts and collectibles (except ivory and its products); [illegible] Toy sales;. |
| **Established:** | 2021-03-22 |
| **Registration authority:** | Guangzhou Baiyun District Market Supervision and Administration Bureau |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何核验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

AliExpress
Shipping Address
Payment Methods
Select payment method
HA Professional Hyaluronic Acid Store
Hot 200g Underwear Cleaning Soap Cleaning Detergent Stain Remover Clean Laundry Soa...
$9.62
Summary
Total item costs $9.62
Promo code Enter code here
Total shipping Free
Tax $0.99
Total $10.61
Place order

Defendant No.: 123

Store Name:

**Shop3560005 Store**

Platform:

**AliExpress**

Grand Canal Underwear Cleaning Soap Bar Natural Laundry soap Remover Clean old soap for Deep Cleaning Underwear Acarus Killing
AliExpress
Shop3560005 Store
86.1% Positive Feedback
4027 Followers
Store Home
Products
Feedback
$9.60
$16.00
2 sold
Coupon & Discount
Smell: 200g
Ship to
United States
Delivery
Free Shipping
Estimated delivery on May 05
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
3+ pieces, extra 2% off
188 Pieces available
Buy now
Add to Cart
Share
Related items

Grand Canal Underwear Cleanin
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.b4cf19LA19LARK&storeNum=1101276507
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
Summary
Total item costs $9.60
Promo code Enter code here
Total shipping Free
Tax $0.98
Total $10.58
Place order
Grand Canal Underwear Cleaning Soap Bar Natural Laundry soap Remover Clean old soap...
$9.60
Free shipping
AliExpress
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

# Defendant No.: 124

## Store Name:
**Global Health Care Store**

## Platform:
**AliExpress**

AliExpress
Global Health Care Store
92.4% Positive Feedback | 1376 Followers
Store Home
Products
Feedback
Welcome deal
$0.49 $3.78 -87%
Grand Canal Underwear Cleaning Soap Bar Natural Laundry Soap Remover Clean Old Soap For Deep Cleaning Underwear Acarus Killing
1 sold
Coupon & Discount
$5.00 off
On orders over $109.90
AliExpress assurance
Safe payments Payment methods used by many international shoppers
Security & privacy We respect your privacy so your personal details are safe
Buyer protection Get your money back if your order isn't delivered by estimated date or if you're not satisfied with your order
Ship to United States
Choice Delivery
Free shipping
delivery by Apr 09 - 12
and a $1.00 coupon for late delivery
Choice Service
Free returns · Delivery Guarantee
Quantity
1 pieces at most per customer
Buy now
Add to Cart
Share
Related items

Grand Canal Underwear Cleanin
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.754eMhmwMhmwiB&storeNum=1101268079
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
2017-05-22
Registration authority:

Please Confirm Your Order - AliE
https://www.aliexpress.us/p/trade/confirm.html?objectId=1005005139799930&from=aliexpress&countryCode=CN&shippingCompany=CAINIAO...
AliExpress
Shipping Address
Liu Ye +1 8586109796
1519 W Warren Blvd / Unit 503 PMB 171
Chicago, Illinois, United States, 60607
Change
Payment Methods
Select payment method
Choice Global Health Care Store
Grand Canal Underwear Cleaning Soap Bar Natural Laundry Soap Remover Clean Old Soa...
$0.49
1
Shipping: Free shipping
Free returns
Summary
Total item costs $0.49
Promo code Enter code here
Total shipping Free
Tax $0.39
Total $0.88
Place order
AliExpress
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

# Defendant No.: 125

Store Name:

**MINIW-ANG Store**

Platform:

**AliExpress**

AliExpress
MINIW-ANG Store
100.0% Positive Feedback | 12 Followers
Store Home
Products
Feedback
$43.24 / lot
Grand Canal Soap Old Brand Phosphorus Free Spiced Underwear Baby Diaper Household Soap Decontamination Laundry Soap
Smell: Phosphorus free
Ship to
United States
Delivery
Free Shipping
Service
Quantity
Buy now
Add to Cart
Share
Related items

Grand Canal Soap Old Brand Pl
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.66b3A7eUA7eUyU&storeNum=1103191524
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

Please Confirm Your Order - AliE
https://www.aliexpress.us/p/trade/confirm.html?objectId=1005006407308787&from=aliexpress&countryCode=CN&shippingCompany=CAINIAO_STAN...
AliExpress
Shipping Address
Liu Ye +1 8586109796
1519 W Warren Blvd / Unit 503 PMB 171
Chicago, Illinois, United States, 60607
Change
Payment Methods
Select payment method
MINIW-ANG Store
Grand Canal Soap Old Brand Phosphorus Free Spiced Underwear Baby Diaper Household ...
$43.24
1
Free shipping
Free returns
Summary
Total item costs $43.24
Promo code Enter code here
Total shipping Free
Tax $4.43
Total $47.67
Place order
AliExpress
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery
Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers -
Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2023 AliExpress.com. All rights reserved.

# Defendant No.: 126

Store Name:

**Home Garden Top 1 Store**

Platform:

**AliExpress**

AliExpress
Home Garden Top 1 Store
93.7% Positive Feedback | 340 Followers
Store Home
Products
Feedback
$0.10 $0.14 -30%
Grand Canal Underwear Cleaning Soap Bar Natural Laundry Soap Remover Clean Old Soap For Deep Cleaning Underwear Acarus Killing
Scent Type: 1pcs random
Ship to
United States
Delivery
Shipping: $7.24
Service
Quantity
Buy now
Add to Cart
Share
Related items

Grand Canal Underwear Cleanin
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.2883bw9Xbw9XAV&storeNum=1102694231
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
Home Garden Top 1 Store
Grand Canal Underwear Cleaning Soap Bar Natural Laundry Soap Remover Clean Old Soa...
$0.36
Summary
Total item costs $0.36
Promo code Enter code here
Total shipping $7.24
Tax $0.04
Total $7.64
Place order
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

# Defendant No.: 127

## Store Name:

**Pinky Baby Store**

## Platform:

**AliExpress**

AliExpress
Pinky Baby Store
91.2% Positive Feedback | 572 Followers
Store Home
Products
Feedback
$0.51 $0.65 -22%
Grand Canal Soap,grand Canal Underwear Cleaning Soap Long-Lasting Fragrance Baby Nappy Cleaning Soap 200G
Coupon & Discount
$3.00 off
On orders over $65.00
Ship to
United States
Delivery
Shipping: $11.28
Estimated delivery between Apr 02 - 15
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
1
5000 Pieces available
Buy now
Add to Cart
Share
2
Related items

Grand Canal Soap grand Canal
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.3517fvv6fvv62A&storeNum=1101570580
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
Pinky Baby Store
Grand Canal Soap,grand Canal Underwear Cleaning Soap Long-Lasting Fragrance Baby Na...
$0.51
Summary
Total item costs $0.51
Promo code Enter code here
Total shipping $11.28
Tax $0.05
Total $11.84
Place order
AliExpress
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 128

Store Name:
**wzpi Kitchen Bathroom Accessories Store**

Platform:
**AliExpress**

AliExpress
wzpi Kitchen Bathroom Accessories Store
88.4% Positive Feedback
576 Followers
Store Home
Products
Feedback
PLANT EXTRACT, CARE AND MAINTAIN FRAGRANCE FOR A LONG TIME
大运河
$8.72
Choice
200g Grand Canal Natural Laundry Soap Durable Elegant Floral Decontamination Soap for Clothes Cleaning Accessories
5.0 2 Reviews | 10 sold
Color: 1pcs
Size: Chinese version
Chinese version
English version
AliExpress assurance
Safe payments
Security & privacy
Buyer protection
Ship to
United States
Choice Delivery
Free shipping
delivery by Apr 09 - 12
and a $1.00 coupon for late delivery
Choice Service
Free returns · Delivery Guarantee
Quantity
25 Pieces available
Buy now
Add to Cart
Share
85

Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.76a5ZHmRZHmRog&storeNum=1101788418
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
Summary
Total item costs $8.72
Promo code Enter code here
Total shipping Free
Tax $0.89
Total $9.61
Place order
200g Grand Canal Natural Laundry Soap Durable Elegant Floral Decontamination Soap for ...
$8.72
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 129

Store Name:

**Exquisite&House Store**

Platform:

**AliExpress**

Underwear Cleaning Soap Grand
AliExpress
Exquisite&House Store
89.3% Positive Feedback
773 Followers
Follow
Message
Store Home
Products
Feedback
$4.33
$9.41
-54%
Underwear Cleaning Soap Grand Canal Laundry Soap Bar Grand Canal Clothes Cleaning Soap Deodorant Soap Bar Grand Canal Fragrance
3.0 3 Reviews | 14 sold
Coupon & Discount
$1.00 off
On orders over $20.00
1% off
Buy 2 pieces
Ship to
United States
Delivery
Shipping: $9.64
Delivery: Mar 30 - Apr 05
Ships from United States by USPS
Service
Free returns · Delivery Guarantee
Quantity
999 pieces at most per customer
Buy now
Add to Cart
Share
77
大运河
Related items

Underwear Cleaning Soap Grand
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.2617c7GUc7GUVT&storeNum=1101760927
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
Exquisite&House Store
Underwear Cleaning Soap Grand Canal Laundry Soap Bar Grand Canal Clothes Cleaning S...
$4.33
Summary
Total item costs $4.33
Promo code Enter code here
Total shipping $9.64
Tax $0.44
Total $14.41
Place order
AliExpress
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 130

Store Name:
**EnjoyHome&HaveFun Store**

Platform:
**AliExpress**

AliExpress
EnjoyHome&HaveFun Store
92.6% Positive Feedback | 166 Followers
Store Home
Products
Feedback
$0.48 $0.83 -42%
Grand Canal Underwear Cleaning Soap Bar Natural Laundry Soap Remover Clean Old Soap for Deep Cleaning Underwear Acarus Killing
1 sold
Coupon & Discount
$2.00 off
On orders over $45.00
Ship to
United States
Delivery
Shipping: $11.28
Estimated delivery between Apr 02 - 15
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
4999 Pieces available
Buy now
Add to Cart
Share
Related items

Grand Canal Underwear Cleanin
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.14b3ZVyVZVyVlW&storeNum=1101758101
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
EnjoyHome&HaveFun Store
Grand Canal Underwear Cleaning Soap Bar Natural Laundry Soap Remover Clean Old Soa...
$0.48
Summary
Total item costs $0.48
Promo code Enter code here
Total shipping $11.28
Tax $0.05
Total $11.81
Place order
AliExpress
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 131

Store Name:

**CHUWUJU Living Store**

Platform:

**AliExpress**

AliExpress
CHUWUJU Living Store
83.6% Positive Feedback | 3604 Followers
Follow
Message
Store Home
Products
Feedback
$10.03 $15.43 -35%
Grand Canal Soap Underwear Cleaning Soap Bar Natural Laundry Soap Remover Stubborn Stains For Underwear Tops Pants Clothes
Ship to
United States
Delivery
Free Shipping
Estimated delivery between Apr 04 - 13
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
1
999 pieces at most per customer
Buy now
Add to Cart
Share
3
大运河
Related items

Grand Canal Soap Underwear
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.21b7va7Uva7ULg&storeNum=1101287424
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
2017-05-18
Registration authority:

Please Confirm Your Order - AliE
https://www.aliexpress.us/p/trade/confirm.html?objectId=1005005131965307&from=aliexpress&countryCode=CN&shippingCompany=CAINIAO_STAN...
AliExpress
Shipping Address
Liu Ye +1 8586109796
1519 W Warren Blvd / Unit 503 PMB 171
Chicago, Illinois, United States, 60607
Change
Payment Methods
Select payment method
CHUWUJU Living Store
Grand Canal Soap Underwear Cleaning Soap Bar Natural Laundry Soap Remover Stubbor...
$10.03
Free shipping
Summary
Total item costs $10.03
Promo code Enter code here
Total shipping Free
Tax $1.03
Total $11.06
Place order
AliExpress
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

# Defendant No.: 132

Store Name:

**LINKMENOW Store**

Platform:

**AliExpress**

AliExpress
LINKMENOW Store
90.4% Positive Feedback
346 Followers
Store Home
Products
Feedback
FLORAL FRAGRANCE LAUNDRY SOAP BAR
Welcome deal
$0.49
200g Grand Canal Soap Underwear Cleaning Soap Bar Powerful Cleaning Soap Easily Tackles Stains Clean Laundry Soap With Brush
Color: 1 Set
AliExpress assurance
Ship to
Choice Delivery
Free shipping
Quantity
Buy now
Add to Cart
Share
Related items

200g Grand Canal Soap Underw... | Show Licences

https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.7be57VAJ7VAJY3&storeNum=1101951660

**Business information**

Please see the seller's business information below.

Business license information

**Company name:** Hefei Gui Dui Electronic Commerce Co., Ltd.
**VAT number:** 91340111MA2W******
**Business license registration number:** 91340111MA2W******
**Address:** [illegible]
**Legal Representative:** [illegible]
**Business Scope:** [illegible]
**Established:** 2021-03-17
**Registration authority:** Hefei Economic Development Zone Market Supervision and Administration Bureau

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

Please Confirm Your Order - Ali
https://www.aliexpress.us/p/trade/confirm.html?objectId=1005004796310500&from=aliexpress&countryCode=CN&shippingCompany=CAINIAO...
AliExpress
Shipping Address
Liu Ye +1 8586109796
1519 W Warren Blvd / Unit 503 PMB 171
Chicago, Illinois, United States, 60607
Change
Payment Methods
Select payment method
Choice LINKMENOW Store
200g Grand Canal Soap Underwear Cleaning Soap Bar Powerful Cleaning Soap Easily Tackl...
$0.49
1
Shipping: Free shipping
Free returns
Summary
Total item costs $0.49
Promo code Enter code here
Total shipping Free
Tax $0.74
Total $1.23
Place order
AliExpress
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

# Defendant No.: 133

Store Name:

**Saving Lifestyle Store**

Platform:

**AliExpress**



AliExpress
Saving Lifestyle Store
87.6% Positive Feedback | 204 Followers
Store Home
Products
Feedback
$8.03 $11.64 -31%
200g Grand Canal Natural Turmeric Soap Deep Cleaning Household Laundry Soap for Intimate Clothing Bra Pants
5 sold
Coupon & Discount
$2.00 off
On orders over $28.00
3% off
Buy 2 pieces
Scent Type: English Version 1pcs
Ship to
United States
Delivery
Free Shipping
Estimated delivery between Apr 04 - 13
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
9996 Pieces available
Buy now
Add to Cart
Share
Related items

**Business information**

Please see the seller's business information below.

Business license information

**Company name:** Hunan Baidou Electronic Commerce Co., Ltd.
**VAT number:**
**Business license registration number:**
**Address:**
**Legal Representative:** Liu Kang
**Business Scope:**
**Established:** 2020-09-04
**Registration authority:** Yuelu District Market Supervision and Administration Bureau of Changsha City

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何用途。**

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

Please Confirm Your Order - Ali
https://www.aliexpress.us/p/trade/confirm.html?objectId=1005006423183757&from=aliexpress&countryCode=CN&shippingCompany=CAINIAO_STAN...
AliExpress
Shipping Address
Liu Ye +1 8586109796
1519 W Warren Blvd / Unit 503 PMB 171
Chicago, Illinois, United States, 60607
Change
Payment Methods
Select payment method
Saving Lifestyle Store
200g Grand Canal Natural Turmeric Soap Deep Cleaning Household Laundry Soap for Int...
$8.03
1
Free shipping
Free returns
Summary
Total item costs $8.03
Promo code Enter code here
Total shipping Free
Tax $0.82
Total $8.85
Place order
AliExpress
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

# Defendant No.: 134

# Store Name:

**Shop1100069004 Store**

# Platform:

**AliExpress**

Useful Cleansing Bar Soap Lemo
AliExpress
Shop1100069004 Store
91.9% Positive Feedback | 35 Followers
Follow
Message
Store Home
Products
Feedback
$1.31 $2.62 -50%
Useful Cleansing Bar Soap Lemongrass Fragrance Strong Cleaning Grand Canal Soap Bar Rectangle Cleansing Soap for Home
Color: WHITE
Ship to
United States
Delivery
Shipping: $9.15
Estimated delivery between Apr 02 - 15
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
Only 1 left
Buy now
Add to Cart
Share
Related items

Useful Cleansing Bar Soap Lemo
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.4669CO3lCO3li8&storeNum=1101984103
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Change
Payment Methods
Select payment method
Useful Cleansing Bar Soap Lemongrass Fragrance Strong Cleaning Grand Canal Soap Bar R...
$1.31
Summary
Total item costs $1.31
Promo code Enter code here
Total shipping $9.15
Tax $0.13
Total $10.59
Place order
AliExpress
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 135

Store Name:
**PR 5240278 Store**

Platform:
**AliExpress**

AliExpress
PR 5240278 Store
87.0% Positive Feedback
2084 Followers
Store Home
Products
Feedback
Deep main pollution protection
$9.19
$13.52
200g Grand Canal Natural Turmeric Soap Deep Cleaning Household Laundry Soap for Household Cleaning Supplies PR Sale
Color: 1pcs
Ship to
United States
Delivery
Shipping: $1.25
Service
Quantity
Buy now
Add to Cart
Share
Related items

200g Grand Canal Natural Turm
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.131cf7T5f7T5ut&storeNum=1101351253
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
Summary
Total item costs $9.19
Promo code Enter code here
Total shipping $1.25
Tax $0.94
Total $11.38
Place order
PR 5240278 Store
200g Grand Canal Natural Turmeric Soap Deep Cleaning Household Laundry Soap for Hou...
$9.19
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 136

Store Name:
**Sunshines Baby Toy Store**

Platform:
**AliExpress**

AliExpress
Sunshines Baby Toy Store
90.6% Positive Feedback | 2835 Followers
Store Home
Products
Feedback
$1.24
200g Eco-friendly Underwear Bar Soap White Cleansing Bar Soap Gentle Grand Canal Underwear Cleaning Soap Deep Stain Remover
Color: WHITE
Ship to
United States
Delivery
Shipping: $9.15
Service
Quantity
Buy now
Add to Cart
Share
Related items

200g Eco-friendly Underwear Bo
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.6753oDw8oDw89l&storeNum=1101353248
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
Sunshines Baby Toy Store
200g Eco-friendly Underwear Bar Soap White Cleansing Bar Soap Gentle Grand Canal Und...
$1.24
Summary
Total item costs $1.24
Promo code Enter code here
Total shipping $9.15
Tax $0.13
Total $10.52
Place order
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 137

Store Name:
**Home Haven Store**

Platform:
**AliExpress**

AliExpress
Home Haven Store
85.9% Positive Feedback | 67 Followers
Store Home
Products
Feedback
$11.66 $23.32 -50%
Grand Canal Soap Bar Clothes Underwear Cleaning Soap Removing Odors And Stains Laundry Soap Cleaning Underwear Acarus Killing
Coupon & Discount
$1.00 off
On orders over $23.00
2% off
Buy 5 pieces
Ship to
United States
Delivery
Free Shipping
Estimated delivery on Apr 12
Collect a $1.00 coupon for late delivery
From China to United States via AliExpress Selection Standard
Service
Free returns · Delivery Guarantee
Quantity
999 pieces at most per customer
Buy now
Add to Cart
Share
Related items

Grand Canal Soap Bar Clothes | Show Licences

https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.118eEx1lEx1lCS&storeNum=1102343788

**Business information**

Please see the seller's business information below.

Business license information

| | |
|---|---|
| **Company name:** | Guangzhou [illegible] Trading Co., Ltd. |
| **VAT number:** | 91440101MA9R****** |
| **Business license registration number:** | 91440101MA9R****** |
| **Address:** | Room 201, 229 Tangde South Road, Tianhe District, Guangzhou |
| **Legal Representative:** | [illegible] |
| **Business Scope:** | Furniture spare parts sales; Furniture sales; Electronic products sales; Electronic components retail; Gift flower sales; Cosmetics retail; Stationery retail; Jewelry retail; Security equipment sales; Clothing retail; Lighting equipment sales; Photographic equipment and telescope retail; Camera and equipment sales; Goods import and export; Technology import and export |
| **Established:** | 2021-05-26 |
| **Registration authority:** | Guangzhou Tianhe District Market Supervision and Administration Bureau |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何用途。**

The seller guarantees that the above self declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

AliExpress
Shipping Address
Payment Methods
Select payment method
Home Haven Store
Grand Canal Soap Bar Clothes Underwear Cleaning Soap Removing Odors And Stains Lau...
$11.66
Summary
Total item costs $11.66
Saved -$1.00
Promo code Enter code here
Total shipping Free
Tax $1.11
Total $11.77
Place order
AliExpress
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 138

Store Name:
**Tishon Store**

Platform:
**AliExpress**

AliExpress
Tishon Store
86.5% Positive Feedback | 962 Followers
Store Home
Products
Feedback
$13.50 $27.00 -50%
200g Underwear Cleaning Soap Bar Natural Laundry Soap Remover Clean Old Soap For Deep Cleaning Removing Odors And Stains
1 sold
Color: 1 pcs
Ship to
United States
Delivery
Free Shipping
Service
Quantity
Buy now
Add to Cart
Share
220
Related items

Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.5e5fElibElibwn&storeNum=1102004838
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
Tishon Store
200g Underwear Cleaning Soap Bar Natural Laundry Soap Remover Clean Old Soap For De...
$13.50
Free shipping
Summary
Total item costs $13.50
Promo code Enter code here
Total shipping Free
Tax $1.38
Total $14.88
Place order
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

# Defendant No.: 139

## Store Name:

**House And Harvest Depot Store**

## Platform:

**AliExpress**

AliExpress
House And Harvest Depot Store
90.0% Positive Feedback | 8 Followers
Store Home
Products
Feedback
$14.25 $28.51 -50%
Whitening Soap For A Variety Of Clothing Materials Natural Laundry soap Removing Odors and Stains Long-lasting Fragrance
Coupon & Discount
$1.00 off
On orders over $8.00
2% off
Buy 5 pieces
Color: A
Ship to
United States
Delivery
Shipping: $4.32
Estimated delivery between Apr 02 - 15
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
999 pieces at most per customer
Buy now
Add to Cart
Share
Related items
大运河

Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.15eackBkckBkKX&storeNum=1102754481
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

Please Confirm Your Order - AliE
https://www.aliexpress.us/p/trade/confirm.html?objectId=1005005586612375&from=aliexpress&countryCode=CN&shippingCompany=CAINIAO_STAN...
AliExpress
Shipping Address
Liu Ye +1 8586109796
1519 W Warren Blvd / Unit 503 PMB 171
Chicago, Illinois, United States, 60607
Change
Payment Methods
Select payment method
House And Harvest Depot Store
Whitening Soap For A Variety Of Clothing Materials Natural Laundry soap Removing Odors...
$14.25
Shipping: $4.32
Free returns
Summary
Total item costs $14.25
Saved -$1.00
Promo code Enter code here
Total shipping $4.32
Tax $1.36
Total $18.93
Place order
AliExpress
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 140

Store Name:
**Windfall Life Store**

Platform:
**AliExpress**

AliExpress
Windfall Life Store
94.7% Positive Feedback | 205 Followers
Store Home
Products
Feedback
$0.51 $0.90 -43%
Laundry Soap Bar Safe and Gentle Stain Remove Laundry Bar Easy To Bleach Clothing Cleaning Soap for Clothes Underwear Panties
1 sold
Coupon & Discount
$2.00 off
On orders over $45.00
Ship to
United States
Delivery
Shipping: $11.28
Estimated delivery between Apr 02 - 15
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
1
4999 Pieces available
Buy now
Add to Cart
Share
7
大运河
Related items

Laundry Soap Bar Safe and Gen
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.7590IYzBIYzBYR&storeNum=1101754923
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:
以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何措施。

AliExpress
Shipping Address
Payment Methods
Select payment method
Windfall Life Store
Laundry Soap Bar Safe and Gentle Stain Remove Laundry Bar Easy To Bleach Clothing Clea...
$0.51
Summary
Total item costs $0.51
Promo code Enter code here
Total shipping $11.28
Tax $0.05
Total $11.84
Place order

Defendant No.: 141

Store Name:

**High Quality Lifes Store**

Platform:

**AliExpress**

200g Cleaning Soap Cleaning D
AliExpress
Download the AliExpress app
EN/ USD
Account
Cart
High Quality Lifes Store
92.2% Positive Feedback | 181 Followers
+ Follow
Message
Store Home
Products
Feedback
$0.89 $1.72
200g Cleaning Soap Cleaning Detergent Stain Remover Clean Laundry Soap
5.0 1 Review | 4 sold
Coupon & Discount
$4.00 off
On orders over $199.00
2% off
Buy 3 pieces
Scent Type: 1pc
Ship to
United States
Delivery
Shipping: $7.89
Estimated delivery between Apr 02 - 15
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
1
376 Pieces available
Buy now
Add to Cart
Share
10
Related items
大运河
加香洗衣皂

200g Cleaning Soap Cleaning D
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.2ebfvHY9vHY9dH&storeNum=1101865993
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:
以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

Please Confirm Your Order - AliE
https://www.aliexpress.us/p/trade/confirm.html?objectId=1005005583052138&from=aliexpress&countryCode=CN&shippingCompany=CAINIAO_STAN...
AliExpress
Shipping Address
Liu Ye +1 8586109796
1519 W Warren Blvd / Unit 503 PMB 171
Chicago, Illinois, United States, 60607
Change
Payment Methods
Select payment method
High Quality Lifes Store
200g Cleaning Soap Cleaning Detergent Stain Remover Clean Laundry Soap
$0.89
1
Shipping: $7.89
Free returns
Summary
Total item costs $0.89
Promo code Enter code here
Total shipping $7.89
Tax $0.09
Total $8.87
Place order
AliExpress
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

# Defendant No.: 142

Store Name:

**Makeup Tools Mini Store Store**

Platform:

**AliExpress**

200g Underwear Cleaning Soap
AliExpress
Makeup Tools Mini Store Store
88.8% Positive Feedback | 318 Followers
Follow
Message
Store Home
Products
Feedback
$0.99 $1.10 -10%
200g Underwear Cleaning Soap Bar Laundry Soap Remover Clean Old Soap For Deep Cleaning Removing Odors And Stains
5.0 1 Review | 4 sold
Coupon & Discount
2% off
Buy 4 pieces
Smell: one size
Ship to
United States
Delivery
Shipping: $7.16
Estimated delivery between Apr 03 - 20
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
1
24 Pieces available
Buy now
Add to Cart
Share
36
Related items

AliExpress
Shipping Address
Payment Methods
Select payment method
Makeup Tools Mini Store Store
200g Underwear Cleaning Soap Bar Laundry Soap Remover Clean Old Soap For Deep Clea...
$0.99
Summary
Total item costs $0.99
Promo code Enter code here
Total shipping $7.16
Tax $0.10
Total $8.25
Place order
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 143

Store Name:

**Gardening Party Decor Dropshipping Store**

Platform:

**AliExpress**

AliExpress
Gardening Party Decor Dropshipping Store
92.8% Positive Feedback | 774 Followers
Store Home
Products
Feedback
$12.76 $27.14 -53%
Underwear Cleaning Soap Grand Canal Old Soap For Removing Stubborn Stains Cleaning Soap For Underwear Tops Pants Or KidsClothes
Coupon & Discount
$1.00 off
On orders over $15.00
1% off
Buy 2 pieces
Ship to
United States
Delivery
Free Shipping
Estimated delivery between Apr 02 - 15
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
999 pieces at most per customer
Buy now
Add to Cart
Share
42
Related items

Underwear Cleaning Soap Gran
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.66f3NuwANuwAV1&storeNum=1101771562
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:
以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

Please Confirm Your Order - AliE
https://www.aliexpress.us/p/trade/confirm.html?objectId=1005004747919959&from=aliexpress&countryCode=CN&shippingCompany=CAINIAO_STAN...
AliExpress
Shipping Address
Change
Payment Methods
Select payment method
Gardening Party Decor Dropshipping Store
Underwear Cleaning Soap Grand Canal Old Soap For Removing Stubborn Stains Cleaning ...
$12.76
Free shipping
Summary
Total item costs $12.76
Promo code Enter code here
Total shipping Free
Tax $1.31
Total $14.07
Place order
AliExpress
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 144

Store Name:

**Homes life 0608 Store**

Platform:

**AliExpress**

AliExpress
Homes life 0608 Store
93.5% Positive Feedback
294 Followers
Store Home
Products
Feedback
$1.48 / lot
$2.97 -50%
5pcs Grand Canal Underwear Cleaning Soap Bar Natural Laundry Soap Remover Clean Old Soap For Deep Cleaning Underwear Acarus Kill
Coupon & Discount
$5.00 off
On orders over $199.00
1% off
Buy 2 pieces
Ship to
United States
Delivery
Shipping: $24.45
Estimated delivery between Apr 02 - 15
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
75 lots available
Buy now
Add to Cart
Share
Related items

**Business information**

Please see the seller's business information below.

Business license information

**Company name:** Shanghai Zixing Electronic Technology Co., Ltd.
**VAT number:** 91310120MA1J******
**Business license registration number:** 91310120MA1J******
**Address:** Room 2968, Building 1, 369 Qinggao Road, Qingcun Town, Fengxian District, Shanghai
**Legal Representative:** Zhao Hu
**Business Scope:** General items: technical services, technology development, technical consultation, technology exchange, technology transfer, technology promotion; information technology consulting services; Internet sales (except for sales of licensed goods); Internet equipment sales; Internet data services; Advertising design and agency; Advertising publishing (non-radio stations, television stations, newspapers and periodicals publishing units); Advertising production; Wholesale of shoes and hats; Retail of shoes and hats; wholesale of arts and crafts and collectibles (except ivory and its products); Retail of arts and crafts and collectibles (except ivory and its products); Wholesale of hardware products; Retail of hardware products; Optical fiber sales; Sales of doors and windows; Information consulting services (excluding licensed information consulting services); Sales of optical cables; Wholesale of computer software and hardware and auxiliary equipment; Retail of computer software and hardware and auxiliary equipment; Sales of household goods; Sales of paper products; Wholesale of clothing; retail of clothing and apparel; Wholesale of cosmetics; Retail of cosmetics (except for items subject to approval in accordance with the law, independent business activities shall be carried out in accordance with the law with a business license).
**Established:** 2020-11-30
**Registration authority:** Fengxian District Market Supervision and Administration Bureau

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何[illegible]。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

Please Confirm Your Order - AliE
https://www.aliexpress.us/p/trade/confirm.html?objectId=1005005584060422&from=aliexpress&countryCode=CN&shippingCompany=CAINIAO_STAN...
AliExpress
Shipping Address
Liu Ye +1 8586109796
1519 W Warren Blvd / Unit 503 PMB 171
Chicago, Illinois, United States, 60607
Change
Payment Methods
Select payment method
Homes life 0608 Store
5pcs Grand Canal Underwear Cleaning Soap Bar Natural Laundry Soap Remover Clean Old...
$1.48
Shipping: $24.45
Free returns
Summary
Total item costs $1.48
Promo code Enter code here
Total shipping $24.45
Tax $0.15
Total $26.08
Place order
AliExpress
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 145

Store Name:

**LOOK AT ME Dropshipping Living Hall Store**

Platform:

**AliExpress**

AliExpress
LOOK AT ME Dropshipping Living Hall Store
92.3% Positive Feedback | 501 Followers
Store Home
Products
Feedback
$13.92
Laundry Soap Bar Whitening Soap For A Variety Of Clothing Materials Whitening Soap Grand Canal Soap Removing Odors And Stains
Coupon & Discount
$2.00 off
1% off
Product sellpoints
Ship to
Delivery
Free Shipping
Service
Quantity
Buy now
Add to Cart
Share
Related items

Zote Laundry Bar Soap | Soap St
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.160b2dd2QH7zta&storeNum=1101968301
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:
以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

Please Confirm Your Order - AliE
https://www.aliexpress.us/p/trade/confirm.html?objectId=1005004747941757&from=aliexpress&countryCode=CN&shippingCompany=CAINIAO_STAN...
AliExpress
Shipping Address
Liu Ye +1 8586109796
1519 W Warren Blvd / Unit 503 PMB 171
Chicago, Illinois, United States, 60607
Change
Payment Methods
Select payment method
LOOK AT ME Dropshipping Living Hall Store
Laundry Soap Bar Whitening Soap For A Variety Of Clothing Materials Whitening Soap Gra...
CHINA
$13.92
Free shipping
Free returns
Summary
Total item costs $13.92
Promo code Enter code here
Total shipping Free
Tax $1.42
Total $15.34
Place order
AliExpress
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 146

Store Name:
**Havenly Homes Store**

Platform:
**AliExpress**

Grand Canal Underwear Cleanin
AliExpress
Havenly Homes Store
84.4% Positive Feedback | 10 Followers
Follow
Message
Store Home
Products
Feedback
$14.27 $28.55 -50%
Grand Canal Underwear Cleaning Soap Underwear Acarus Killing Easily Remove Stubborn Stain Whitening Soap For A Variety Of Cloth
Coupon & Discount
$1.00 off
On orders over $19.00
1% off
Buy 3 pieces
Ship to
United States
Delivery
Free Shipping
Estimated delivery between Apr 03 - 20
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
999 pieces at most per customer
Buy now
Add to Cart
Share
Related items

Grand Canal Underwear Cleanin
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.14033TS43TS4Hw&storeNum=1102810399
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
2021-05-14
Registration authority:

Please Confirm Your Order - AliE
https://www.aliexpress.us/p/trade/confirm.html?objectId=1005006207678554&from=aliexpress&countryCode=CN&shippingCompany=CAINIAO_STAN...
AliExpress
Shipping Address
Liu Ye +1 8586109796
1519 W Warren Blvd / Unit 503 PMB 171
Chicago, Illinois, United States, 60607
Change
Payment Methods
Select payment method
Havenly Homes Store
Grand Canal Underwear Cleaning Soap Underwear Acarus Killing Easily Remove Stubborn ...
CHINA
$14.27
1
Free shipping
Free returns
Summary
Total item costs $14.27
Promo code Enter code here
Total shipping Free
Tax $1.48
Total $15.75
Place order
AliExpress
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 147

Store Name:

**Smart Home Store Store**

Platform:

**AliExpress**

Grand Canal Soap Bar Underwe
AliExpress
Smart Home Store Store
91.5% Positive Feedback | 31 Followers
Follow
Message
Store Home
Products
Feedback
Take Care Of Your Hands
$14.26 $28.53 -50%
Grand Canal Soap Bar Underwear Cleaning Soap Bar Natural Laundry Soap Remover Clean Old Soap For Deep Cleaning For Clothes
1 sold
Coupon & Discount
$1.50 off
On orders over $19.00
1% off
Buy 3 pieces
Color: Yellow
Ship to
United States
Delivery
Free Shipping
Estimated delivery between Apr 03 - 20
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
1
999 pieces at most per customer
Buy now
Add to Cart
Share
Related items

Grand Canal Soap Bar Underwe
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.1eebxo9axo9axU&storeNum=1102520017
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
2021-05-11
Registration authority:

Please Confirm Your Order - Ali
https://www.aliexpress.us/p/trade/confirm.html?objectId=1005005184861232&from=aliexpress&countryCode=CN&shippingCompany=CAINIAO_STAN...
AliExpress
Shipping Address
Liu Ye +1 8586109796
1519 W Warren Blvd / Unit 503 PMB 171
Chicago, Illinois, United States, 60607
Change
Payment Methods
Select payment method
Smart Home Store Store
Grand Canal Soap Bar Underwear Cleaning Soap Bar Natural Laundry Soap Remover Clea...
$14.26
Free shipping
Free returns
Summary
Total item costs $14.26
Promo code Enter code here
Total shipping Free
Tax $1.48
Total $15.74
Place order
AliExpress
AliExpress keeps your information and payment safe
Help
Browse by Category
AliExpress Multi-Language Sites
Alibaba Group
Google Play
App Store
AppGallery

# Defendant No.: 148

Store Name:

**Happy Home Time Store**

Platform:

**AliExpress**

Cleaning Soap Removing Odor
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.43817FDD7FDDY9&storeNum=1102738381
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
Happy Home Time Store
Cleaning Soap Removing Odors Grand Canal Soap Underwear Grand Canal Old Soapand S...
$3.77
Summary
Total item costs
$3.77
Promo code
Enter code here
Total shipping
Free
Tax
$0.39
Total
$4.16
Place order
AliExpress
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 149

Store Name:

**Breezy Bud Store**

Platform:

**AliExpress**

AliExpress
Breezy Bud Store
91.1% Positive Feedback
13.8K Followers
Store Home
Products
Feedback
$4.12 $6.65
Grand Canal Underwear Cleaning Soap Bar Natural Laundry soap Remover Clean old soap for Deep Cleaning Underwear Acarus Killing
1 sold
Coupon & Discount
Smell: sulfur soap
Ship to
United States
Delivery
Shipping: $2.19
Service
Quantity
Buy now
Add to Cart
Share
150
Related items

Grand Canal Underwear Cleanin... | Show Licences

https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.d27973f9aKCLID&storeNum=1100926403

**Business information**

Please see the seller's business information below.

Business license information

**Company name:** Yiwu Meigu Trading Co., Ltd
**VAT number:** 91330782MA28******
**Business license registration number:** 91330782MA28******
**Address:** Room 201, Unit 1, Building 73, Lingyun District 1, Beiyuan Street, Yiwu City, Zhejiang Province
**Legal Representative:** Zhou Yin
**Business Scope:** On-site wholesale and online sales: handicrafts, cultural and sports goods (excluding books, newspapers, audio-visual products and electronic publications), daily necessities, needle textiles, cosmetics (excluding dangerous chemicals), bedding, household daily necessities, hotel daily necessities, maternal and infant daily necessities, automobile daily necessities, office supplies, toys, clothing, shoes, hats, bags, accessories, computer accessories, communication equipment (excluding ground satellite receiving equipment), leather products, hardware products, household appliances, electronic products (excluding electronic publications), auto parts, digital products (excluding electronic publications), photographic equipment, outdoor camping equipment; import and export of goods and technology [illegible]
**Established:** 2015-12-28
**Registration authority:** Yiwu Administration for Industry and Commerce

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何用途。**

The seller guarantees that the above self declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

AliExpress
Shipping Address
Payment Methods
Select payment method
Breezy Bud Store
Grand Canal Underwear Cleaning Soap Bar Natural Laundry soap Remover Clean old soap...
$4.12
Summary
Total item costs $4.12
Promo code Enter code here
Total shipping $2.19
Tax $0.42
Total $6.73
Place order

Defendant No.: 150

Store Name:
**Luck-AP Store**

Platform:
**AliExpress**

AliExpress
Luck-AP Store
92.8% Positive Feedback | 215 Followers
Store Home
Products
Feedback
$7.35 $10.97
Tops Pants Super Strong Laundry Soap Removing Stubborn Stains Laundry soap Underwear Cleaning Soap Grand Canal Old Soap
Coupon & Discount
$1.00 off
1% off
Smell: 2pcs
Ship to
United States
Delivery
Shipping: $3.37
Service
Quantity
Buy now
Add to Cart
Share
Related items

Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.38a2yoJoyoJo68&storeNum=1101812687
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

Please Confirm Your Order - Ali
AliExpress
Shipping Address
Change
Payment Methods
Select payment method
Luck-AP Store
Tops Pants Super Strong Laundry Soap Removing Stubborn Stains Laundry soap Underwe...
$7.35
Shipping: $3.37
Free returns
Summary
Total item costs $7.35
Promo code Enter code here
Total shipping $3.37
Tax $0.75
Total $11.47
Place order
AliExpress
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 151

Store Name:
**House-hold tools Store**

Platform:
**AliExpress**

AliExpress
House-hold tools Store
85.5% Positive Feedback | 974 Followers
Store Home
Products
Feedback
$4.28 $9.52 -55%
Grand Canal Soap For Stains Long-Lasting Fragrance Laundry Soap Clothes Soap Grand Canal Old Soap Underwear Cleaning Soap Bar
Ship to United States
Delivery
Shipping: $9.64
Delivery: Mar 31 - Apr 06
Ships from United States by USPS
Service
Free returns · Delivery Guarantee
Quantity
999 pieces at most per customer
Buy now
Add to Cart
Share
Related items

**Business information**

**Company name:**
**VAT number:**
**Business license registration number:**
**Address:**
**Legal Representative:**
**Business Scope:**
**Established:**
**Registration authority:**

AliExpress
Shipping Address
Payment Methods
Select payment method
House-hold tools Store
Grand Canal Soap For Stains Long-Lasting Fragrance Laundry Soap Clothes Soap Grand Ca...
$4.28
Summary
Total item costs $4.28
Promo code Enter code here
Total shipping $9.64
Tax $0.44
Total $14.36
Place order
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

# Defendant No.: 152

Store Name:

**Shop1102784651 Store**

Platform:

**AliExpress**

AliExpress
Shop1102784651 Store
89.7% Positive Feedback | 10 Followers
Store Home
Products
Feedback
$11.68 $23.36 -50%
Clothes Cleaning Soap Bath Washing Scented Slice Grand Canal Soap Bar Underwear Cleaning Soap, Old Grand Canal Old Soap Supplies
Coupon & Discount
$1.00 off
On orders over $10.00
2% off
Buy 5 pieces
Ship to
United States
Delivery
Free Shipping
Service
Free returns · Delivery Guarantee
Quantity
999 pieces at most per customer
Buy now
Add to Cart
Share
Related items

Clothes Cleaning Soap Bath Wa
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.59b9VFNyVFNyaz&storeNum=1102784652
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
Summary
Total item costs $11.68
Promo code
Total shipping Free
Tax $1.20
Total $12.88
Place order
Clothes Cleaning Soap Bath Washing Scented Slice Grand Canal Soap Bar Underwear Clea...
$11.68
Free shipping
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

# Defendant No.: 153

Store Name:

**mypuzzle Store**

Platform:

**AliExpress**

AliExpress
mypuzzle Store
92.3% Positive Feedback | 1332 Followers
Store Home
Products
Feedback
$4.10
Choice
200g Underwear Cleaning Soap Bar Laundry Soap Remover Clean Old Soap For Deep Cleaning Removing Odors And Stains
1 sold
Smell: one size
AliExpress assurance
Safe payments
Security & privacy
Buyer protection
Ship to
United States
Choice Delivery
Free shipping
delivery by Apr 10 - 15
and a $1.00 coupon for late delivery
Choice Service
Quantity
11 Pieces available
Buy now
Add to Cart
Share
Related items

200g Underwear Cleaning Soap
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.5d1dA2VUA2VUg3&storeNum=1101411813
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
mypuzzle Store
200g Underwear Cleaning Soap Bar Laundry Soap Remover Clean Old Soap For Deep Clea...
$4.10
Summary
Total item costs $4.10
Promo code Enter code here
Total shipping Free
Tax $0.42
Total $4.52
Place order
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 154

Store Name:
**Cosmetic Factory. Store**

Platform:
**AliExpress**

AliExpress
Cosmetic Factory Store
100.0% Positive Feedback | 69 Followers
Store Home
Products
Feedback
$10.91 $21.83 -50%
Grand Canal Soap,Grand Canal Underwear Cleaning Soap Long-lasting Fragrance
Coupon & Discount
2% off
Buy 2 pieces
$5.00 off
On orders over $69.00
Ship to
United States
Delivery
Shipping: $7.32
Estimated delivery between Apr 03 - 16
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
2+ pieces, extra 2% off
9994 Pieces available
Buy now
Add to Cart
Share
16
Warning/Disclaimer

Grand Canal Soap.Grand Canal
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.14ddb3Pmb3PmAT&storeNum=1101278229
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
Cosmetic Factory. Store
Grand Canal Soap,Grand Canal Underwear Cleaning Soap Long-lasting Fragrance
$10.91
Summary
Total item costs
$10.91
Promo code
Enter code here
Total shipping
$7.32
Tax
$1.13
Total
$19.36
Place order
AliExpress
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 155

Store Name:

**Our Healthy Living Store**

Platform:

**AliExpress**

AliExpress
Our Healthy Living Store
93.1% Positive Feedback | 136 Followers
Store Home
Products
Feedback
Welcome deal
$0.49
Choice
200g Underwear Cleaning Soap Bar Laundry Soap Remover Clean Old Soap For Deep Cleaning Removing Odors And Stains
Smell: one size
AliExpress assurance
Safe payments
Security & privacy
Buyer protection
Ship to
United States
Choice Delivery
Free shipping
Choice Service
Quantity
Buy now
Add to Cart
Share

200g Underwear Cleaning Soap
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.5ea5oMOKoMOKuq&storeNum=1102623911
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
Choice Our Healthy Living Store
200g Underwear Cleaning Soap Bar Laundry Soap Remover Clean Old Soap For Deep Clea...
$0.49
Summary
Total item costs $0.49
Promo code Enter code here
Total shipping Free
Tax $0.44
Total $0.93
Place order
AliExpress
AliExpress keeps your information and payment safe
Help
Browse by Category
AliExpress Multi-Language Sites
Alibaba Group
Google Play
App Store
AppGallery

# Defendant No.: 156

# Store Name:
**Kitchen-Aid Store**

# Platform:
**AliExpress**

AliExpress
Kitchen-Aid Store
93.1% Positive Feedback | 2453 Followers
Store Home
Products
Feedback
$0.88 $1.10 -20%
200g Underwear Cleaning Soap Bar Grand Canal Good Cleaning Effect Remove Stains Laundry Soap for Intimate Clothing Bra Pants
Coupon & Discount
$2.00 off
On orders over $28.00
2% off
Buy 3 pieces
Scent Type: Chinese Version 1PCS
Ship to
United States
Delivery
Shipping: $6.39
Service
Free returns · Delivery Guarantee
Quantity
999 Pieces available
Buy now
Add to Cart
Share
Related items

200g Underwear Cleaning Soap
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.3595NRFkNRFk9G&storeNum=1101275885
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

# Defendant No.: 157

Store Name:

**Goodlife House Store**

Platform:

**AliExpress**

A
AliExpress
Goodlife House Store
97.4% Positive Feedback | 102 Followers
Store Home
Products
Feedback
Welcome deal
$0.49 $1.15 -57%
Natural Laundry Soap Underwear Cleaning Soap Bar Powerful Stain Remover Deep Cleaning Clothes Removing Odors And Stains
Coupon & Discount
2% off
Buy 3 pieces
Scent Type: 1 pc randomly
AliExpress assurance
Safe payments
Security & privacy
Buyer protection
Ship to
United States
Choice Delivery
Free shipping
delivery by Apr 18
and a $1.00 coupon for late delivery
Choice Service
Quantity
1 pieces at most per customer
Buy now
Add to Cart
Share

Natural Laundry Soap Underwe
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.6b5cVt1AVt1AIX&storeNum=1101933499
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

Please Confirm Your Order - Ali
https://www.aliexpress.us/p/trade/confirm.html?objectId=1005006711262477&from=aliexpress&countryCode=CN&shippingCompany=CAINIAO_FULFIL...
AliExpress
Shipping Address
Liu Ye +1 8586109796
1519 W Warren Blvd / Unit 503 PMB 171
Chicago, Illinois, United States, 60607
Change
Payment Methods
Select payment method
Choice Goodlife House Store
Natural Laundry Soap Underwear Cleaning Soap Bar Powerful Stain Remover Deep Cleani...
$0.49
1
Shipping: Free shipping
Free returns
Summary
Total item costs $0.49
Promo code Enter code here
Total shipping Free
Tax $0.45
Total $0.94
Place order
AliExpress
AliExpress keeps your information and payment safe
Help
Browse by Category
AliExpress Multi-Language Sites
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 158

Store Name:

**Warming-house Store**

Platform:

**AliExpress**

AliExpress
Warming-house Store
95.8% Positive Feedback | 379 Followers
Store Home
Products
Feedback
$4.32
200g Natural Underwear Cleaning Soap Bar Laundry Soap Remover Clean Old Soap For Deep Cleaning Removing Odors And Stains Y3q6
Coupon & Discount
Color: 200g
Ship to
United States
Choice Delivery
Free shipping
delivery by Apr 18
Quantity
Buy now
Add to Cart
Share
AliExpress assurance
Product Parameters

200g Natural Underwear Cleani
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.2de46a1bITTkTt&storeNum=1101600156
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
Warming-house Store
200g Natural Underwear Cleaning Soap Bar Laundry Soap Remover Clean Old Soap For De...
$4.32
Summary
Total item costs
$4.32
Promo code
Enter code here
Total shipping
Free
Tax
$0.44
Total
$4.76
Place order
AliExpress
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

# Defendant No.: 159

Store Name:

**Hose Love Store**

Platform:

**AliExpress**

AliExpress
Hose Love Store
95.4% Positive Feedback | 210 Followers
Store Home
Products
Feedback
$4.32
Choice
200g Natural Underwear Cleaning Soap Bar Laundry Soap Remover Clean Old Soap For Deep Cleaning Removing Odors And Stains
5 sold
Color: 200g
AliExpress assurance
Safe payments
Security & privacy
Buyer protection
Ship to
United States
Choice Delivery
Free shipping
delivery by Apr 18
and a $1.00 coupon for late delivery
Choice Service
Quantity
205 Pieces available
Buy now
Add to Cart
Share
28
Related items

**Business information**

Please see the seller's business information below.

Business license information

| | |
|---|---|
| **Company name:** | Shanxi Maiyan Technology Co., Ltd. |
| **VAT number:** | 91140100MA0L****** |
| **Business license registration number:** | 91140100MA0L****** |
| **Address:** | Floor 21, Building 4, Zhonghai Huanyu, No. 8, Section 1, Jinci Road, Wanbailin District, Taiyuan City, Shanxi Province, China (Business Secretary of Chuangyi) -0214 |
| **Legal Representative:** | Bai Qifeng |
| **Business Scope:** | Technical services, technology development, technology consultation, technology exchange, technology transfer and technology promotion; ... |
| **Established:** | 2021-10-20 |
| **Registration authority:** | Taiyuan Market Supervision and Administration Bureau |

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

AliExpress
Shipping Address
Payment Methods
Select payment method
Hose Love Store
200g Natural Underwear Cleaning Soap Bar Laundry Soap Remover Clean Old Soap For De...
$4.32
Summary
Total item costs $4.32
Promo code Enter code here
Total shipping Free
Tax $0.44
Total $4.76
Place order
AliExpress keeps your information and payment safe
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

# Defendant No.: 160

Store Name:

**Shop1103334804 Store**

Platform:

**AliExpress**

200G Deep Cleaning Removing
https://www.aliexpress.us/item/1005006412470485.html?spm=a2g0o.detail.pcDetailBottomMoreOtherSeller.227.71edrul9rul9Rz&gps-id=pcDetailBotto...
AliExpress
Download the AliExpress app
EN/ USD
Hi, Ye Liu Account
Cart
Shop1103334804 Store
96.6% Positive Feedback | 128 Followers
+ Follow
Message
Store Home
Products
Feedback
$5.55
200G Deep Cleaning Removing Odors And Stains Underwear Cleaning Soap Bar Laundry Soap Remover Clean Old Soap
1 sold
Smell: one size
Ship to
United States
Delivery
Shipping: $6.20
Estimated delivery between Apr 04 - 21
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
1
9992 Pieces available
Buy now
Add to Cart
Share
2
Related items

Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.60d5aivtaivtHt&storeNum=1103339767
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:
以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何核验。

# Defendant No.: 161

# Store Name:
**Shop1103156037 Store**

# Platform:
**AliExpress**

200g Underwear Cleaning Soap
https://www.aliexpress.us/item/1005006104403220.html?spm=a2g0o.detail.pcDetailBottomMoreOtherSeller.164.1377jRfEjRfEEP&gps-id=pcDetailBottom...
AliExpress
Download the AliExpress app
EN/ USD
Hi, Ye Liu Account
Cart
Shop1103156037 Store
91.9% Positive Feedback | 44 Followers
Follow
Message
Store Home
Products
Feedback
$0.58 $0.90 -35%
200g Underwear Cleaning Soap Bar Laundry Soap Remover Clean Old Soap For Deep Cleaning Removing Odors And Stains
5.0 1 Review | 7 sold
Coupon & Discount
$4.16 off
On orders over $62.32
Smell: one size
Ship to
United States
Delivery
Shipping: $5.78
Estimated delivery between Apr 05 - 14 (70.7% ≤ 13 days)
Collect a $1.00 coupon for late delivery
Service
Free returns • Delivery Guarantee
Quantity
1
24 Pieces available
Buy now
Add to Cart
Share
18
Related items

200g Underwear Cleaning Soap
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.177aoP1qoP1qw7&storeNum=1103130977
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
Shop1103156037 Store
200g Underwear Cleaning Soap Bar Laundry Soap Remover Clean Old Soap For Deep Clea...
$0.58
Summary
Total item costs $0.58
Promo code Enter code here
Total shipping $5.78
Tax $0.06
Total $6.42
Place order
AliExpress
Help
Browse by Category
AliExpress Multi-Language Sites
Alibaba Group
Google Play
App Store
AppGallery

# Defendant No.: 162

## Store Name:
**W-Live Store**

## Platform:
**AliExpress**

AliExpress
W-Live Store
92.7% Positive Feedback | 395 Followers
Store Home
Products
Feedback
$0.82 $1.49 -45%
1 Pc Grand Canal Underwear Cleaning Soap Bar Natural Laundry Soap Remover Clean Soap For Deep Cleaning Underwear Acarus Kil X3z4
3 sold
Coupon & Discount
$5.00 off
2% off
Color: A(1PC)
Ship to
United States
Delivery
Shipping: $7.71
Service
Quantity
377 Pieces available
Buy now
Add to Cart
Share
Related items

1 Pc Grand Canal Underwear Cl | Show Licences

https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.333844a8aR3hle&storeNum=1101734575

**Business information**

Please see the seller's business information below.

Business license information

| | |
|---|---|
| **Company name:** | Hefei Yao Qing Electronic Commerce Co., Ltd. |
| **VAT number:** | 91340111MA2W****** |
| **Business license registration number:** | 91340111MA2W****** |
| **Address:** | Room 205, Building 11#, Fuyuyuan North Garden, Intersection of Fanhua Avenue and Xiyou Road, Shushan District, Hefei City, Anhui Province, China |
| **Legal Representative:** | Zhuo Zhangliang |
| **Business Scope:** | E-commerce information consultation; Engaged in technology development, technical consultation, technical service and technology transfer in the professional field of computer network; Stationery, clothing, shoes and hats, handicrafts, sporting goods, electronic products, computers, software and auxiliary equipment, cosmetics, edible agricultural products and daily necessities retail; First class medical device retail; Second Class Medical Device Retail; Jewelry retail; Baby products retail; Plastic products wholesale; furniture and household goods wholesale; Wholesale of automobiles and spare parts; Wholesale of paper; Wholesale of hardware products; Wholesale of Metal Products; Wholesale of mobile phones; Wholesale of watches; Wholesale of tools. (For projects subject to approval according to law, business activities can only be carried out after approval by relevant departments) |
| **Established:** | 2021-03-17 |
| **Registration authority:** | Hefei Economic Development Zone Market Supervision and Administration Bureau |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

AliExpress
Shipping Address
Payment Methods
Select payment method
W-Live Store
1 Pc Grand Canal Underwear Cleaning Soap Bar Natural Laundry Soap Remover Clean Soa...
$0.82
Summary
Total item costs $0.82
Promo code Enter code here
Total shipping $7.71
Tax $0.08
Total $8.61
Place order
AliExpress
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 163

Store Name:

**Party And Garden Store**

Platform:

**AliExpress**

AliExpress
Party And Garden Store
93.3% Positive Feedback
465 Followers
Store Home
Products
Feedback
$0.80
1 Pc Grand Canal Underwear Cleaning Soap Bar Natural Laundry Soap Remover Clean Soap For Deep Cleaning Underwear Acarus Kil W4z6
Coupon & Discount
Color: B(1PC)
Ship to
United States
Delivery
Shipping: $7.71
Service
Quantity
Buy now
Add to Cart
Share
Related items
大运河

1 Pc Grand Canal Underwear Cl
Show Licences
https://shoprenderview.aliexpress.com/credential/showcredential.htm?spm=a2g0o.detail.0.0.387fRvlURvlUgk&storeNum=1101649062
Business information
Company name:
VAT number:
Business license registration number:
Address:
Legal Representative:
Business Scope:
Established:
Registration authority:

AliExpress
Shipping Address
Payment Methods
Select payment method
Party And Garden Store
1 Pc Grand Canal Underwear Cleaning Soap Bar Natural Laundry Soap Remover Clean Soa...
$0.87
Summary
Total item costs $0.87
Promo code Enter code here
Total shipping $7.71
Tax $0.09
Total $8.67
Place order
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery

Defendant No.: 164

Store Name:
**Huation Store**

Platform:
**AliExpress**

AliExpress
Huation Store
93.5% Positive Feedback | 10.8K Followers
Store Home
Products
Feedback
$2.29 $3.95 -42%
200g Underwear Cleaning Soap Bar Natural Laundry Soap Remover Clean Old Soap For Deep Cleaning Removing Odors And Stains
0.0 1 Review | 1 sold
Color: B 3pcs random color
Ship to United States
Delivery
Shipping: $4.49
Estimated delivery between Apr 03 - 16
Collect a $1.00 coupon for late delivery
Service
Free returns · Delivery Guarantee
Quantity
2+ pieces, extra 1% off
42 Pieces available
Buy now
Add to Cart
Share
1006
Related items

**Business information**

Please see the seller's business information below.

Business license information

| | |
|---|---|
| **Company name:** | Shanghai Huigeng Electronic Commerce Co., Ltd. |
| **VAT number:** | 91310118MA1J****** |
| **Business license registration number:** | 91310118MA1J****** |
| **Address:** | Room 2265, Area D, East Sixin Building, Floor 2, Building 4, 3590 Qingpeng Road, Baihe Town, Qingpu District, Shanghai, China |
| **Legal Representative:** | Deng Sasa |
| **Business Scope:** | E-commerce (not allowed to engage in value-added telecommunications, financial services), technology development, technology transfer, technical consultation, technical services in the professional field of network technology, sales of [illegible] |
| **Established:** | 2018-12-28 |
| **Registration authority:** | Qingpu District Market Supervision and Administration Bureau |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guaranteed that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

AliExpress
Shipping Address
Payment Methods
Select payment method
Huation Store
200g Underwear Cleaning Soap Bar Natural Laundry Soap Remover Clean Old Soap For De...
$4.44
Summary
Total item costs $4.44
Promo code Enter code here
Total shipping $4.49
Tax $0.46
Total $9.39
Place order
AliExpress
Help
AliExpress Multi-Language Sites
Browse by Category
Alibaba Group
Google Play
App Store
AppGallery