# Defendant No.: 165

## Store Name:
## **Big-Big discount Store**

## Platform:
## **AliExpress**







# Defendant No.: 166

## Store Name:
## **woerstore**

## Platform:
## **Ebay**







# Defendant No.: 167

## Store Name:
**rosecying**

## Platform:
**Ebay**







# Defendant No.: 168

## Store Name:
**dekaety**

## Platform:
**Ebay**





# Defendant No.: 169

## Store Name:
## my-ins-zone

## Platform:
## Ebay







# Defendant No.: 170

## Store Name:
## **Wannantobe**

## Platform:
## **Ebay**





# Defendant No.: 171

## Store Name:
**cocoandyoyo**

## Platform:
**Ebay**







# Defendant No.: 172

## Store Name:
**callmebeauty-fr666**

## Platform:
**Ebay**





## About us

Location: **China**
Member since: **Aug 19, 2016**
Seller: **callme_beauty**

### Top Rated Seller

callmebeauty-fr666 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more



# Defendant No.: 173

## Store Name:
**204resells**

## Platform:
**Ebay**







# Defendant No.: 174

## Store Name:
**Cool Bargains**

## Platform:
**Ebay**







# Defendant No.: 175

## Store Name:
## Hi LUCKYSS

## Platform:
## Ebay







# Defendant No.: 176

## Store Name:
**cheers2016**

## Platform:
**Ebay**





# Defendant No.: 177

## Store Name:
## **w.h0427**

## Platform:
## **Ebay**







# Defendant No.: 178

## Store Name:
**ghwv212232**

## Platform:
**Ebay**







# Defendant No.: 179

## Store Name:
**rongxinzi88**

## Platform:
**Ebay**





The seller is away until Wed, Mar 27, 2024. Expect a delay in delivery until they return.

## rongxinzi88

97% positive feedback (2936)   20K items sold   888 followers

About   Feedback

## About

Location: **China**
Member since: **Aug 17, 2020**

**Top Rated Seller**

rongxinzi88 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

# Defendant No.: 180

## Store Name:
**gavinsstore**

## Platform:
**Ebay**







# Defendant No.: 181

## Store Name:
**ff3gggas**

## Platform:
**Ebay**







# Defendant No.: 182

## Store Name:
**new day new lifess**

## Platform:
**Ebay**





### About us

Location: **China**
Member since: **Sep 21, 2023**
Seller: **elidety**

Do you like our store experience?



# Defendant No.: 183

## Store Name:
## denver0806

## Platform:
## Ebay





### denver0806

96.9% positive feedback    75K items sold    444 followers

△ Share    ▢ Contact    ♡ Save Seller

☰ Categories    Shop    About    Feedback

Search all 4,146 items

## About us

Location: **China**
Member since: **Jun 26, 2018**
Seller: **denver0806**

### Top Rated Seller

denver0806 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service  Learn more

# Defendant No.: 184

## Store Name:
**hccnio**

## Platform:
**Ebay**





# Defendant No.: 185

## Store Name:
## **Decaseco**

## Platform:
## **Ebay**







# Defendant No.: 186

## Store Name:
## **Colts_Stuff_2_Buy**

## Platform:
## **Ebay**





# Defendant No.: 187

## Store Name:
**like lifes**

## Platform:
**Ebay**







# Defendant No.: 188

## Store Name:
**Nikusys**

## Platform:
**Ebay**





## About us

Location: **China**
Member since: **Dec 16, 2020**
Seller: **nikusys**

### Top Rated Seller

Nikusys is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more



# Defendant No.: 189

## Store Name:
## **Kentucky Bargain Barn**

## Platform:
## **Ebay**







# Defendant No.: 190

## Store Name:
## **Kentucky Bargain Barn**

## Platform:
## **Ebay**







# Defendant No.: 191

## Store Name:
**lingdser**

## Platform:
**Ebay**





## About us

Location: **China**
Member since: **Mar 28, 2023**
Seller: **lingdser**

### Top Rated Seller

haapy lifes is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

# Defendant No.: 192

## Store Name:
**g34fgdf**

## Platform:
**Ebay**







Defendant No.: 193

Store Name:
**Lucky Lucky Monday**

Platform:
**Ebay**







# Defendant No.: 194

## Store Name:
## **cec09301975**

## Platform:
## **Ebay**





# Defendant No.: 195

## Store Name:
## **g3ffssa**

## Platform:
## **Ebay**







# Defendant No.: 196

## Store Name:
## **pcru3991**

## Platform:
## **Ebay**





# Defendant No.: 197

## Store Name:
## **landmersp**

## Platform:
## **Ebay**







# Defendant No.: 198

## Store Name:
**flyhigh53818**

## Platform:
**Ebay**







# Defendant No.: 199

## Store Name:
**antaresgalaxy**

## Platform:
**Ebay**







# Defendant No.: 200

## Store Name:
## **safos1358**

## Platform:
## **Ebay**







# Defendant No.: 201

## Store Name:
**fg123gs**

## Platform:
**Ebay**







# Defendant No.: 202

## Store Name:
## **fgh3azzz**

## Platform:
## **Ebay**







# Defendant No.: 203

## Store Name:
## **D1FFDSA**

## Platform:
## **Ebay**







# Defendant No.: 204

## Store Name:
## **fr11sa**

## Platform:
## **Ebay**







# Defendant No.: 205

## Store Name:
**fg4gfefds**

## Platform:
**Ebay**







# Defendant No.: 206

## Store Name:
**gyh2edxz**

## Platform:
**Ebay**







# Defendant No.: 207

## Store Name:
**d2ascz**

## Platform:
**Ebay**







# Defendant No.: 208

## Store Name:
**avitauy**

## Platform:
**Ebay**





## About us

Location: **China**
Member since: **Mar 23, 2023**
Seller: **avitauy**

### Top Rated Seller

Jahwu Outdoor Games is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

# Defendant No.: 209

## Store Name:
## **Aijiu**

## Platform:
## **Ebay**







# Defendant No.: 210

## Store Name:
**smile every days**

## Platform:
**Ebay**







# Defendant No.: 211

## Store Name:
**LK House**

## Platform:
**Ebay**







# Defendant No.: 212

## Store Name:
## **LS HOUSE**

## Platform:
## **Ebay**





## About us

Location: **China**
Member since: **Sep 06, 2023**
Seller: **nerratl**

Do you like our store experience?



# Defendant No.: 213

## Store Name:
**infinrt**

## Platform:
**Ebay**





# Defendant No.: 214

## Store Name:
**persasten**

## Platform:
**Ebay**





# Defendant No.: 215

## Store Name:
**hakiver**

## Platform:
**Ebay**





## About us

Location: **China**
Member since: **Sep 20, 2023**
Seller: **hakiver**

**Top Rated Seller**

hakiver is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

# Defendant No.: 216

## Store Name:
**rongtyh**

## Platform:
**Ebay**





# Defendant No.: 217

## Store Name:
## **smdurng**

## Platform:
## **Ebay**





Do you like our profile experience? 👍 💬

# Defendant No.: 218

## Store Name:
## **G24FSADA**

## Platform:
## **Ebay**







# Defendant No.: 219

## Store Name:
## **Eric LE house**

## Platform:
## **Ebay**







# Defendant No.: 220

## Store Name:
**yhxclx2010**

## Platform:
**Ebay**







# Defendant No.: 221

## Store Name:
## **gh 1313aa**

## Platform:
## **Ebay**







# Defendant No.: 222

## Store Name:
**ayanda_29**

## Platform:
**Ebay**





# Defendant No.: 223

## Store Name:
**yanz1520**

## Platform:
**Ebay**







# Defendant No.: 224

## Store Name:
**baby-wwa**

## Platform:
**Ebay**







# Defendant No.: 225

## Store Name:
## **muou_h**

## Platform:
## **Ebay**





