# Defendant No.: 226

## Store Name:
**pineapple-six**

## Platform:
**Ebay**







# Defendant No.: 227

## Store Name:
**yqs120xiong**

## Platform:
**Ebay**





## About us

Location: China
Member since: Sep 30, 2019
Seller: yqs120xiong

### Top Rated Seller

yqs120xiong is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more



# Defendant No.: 228

## Store Name:
## **katherine179**


## Platform:
## **Ebay**







# Defendant No.: 229

## Store Name:
## **jiji_497**

## Platform:
## **Ebay**







# Defendant No.: 230

## Store Name:
**sweets homes**

## Platform:
**Ebay**







# Defendant No.: 231

## Store Name:
## **orlee15**

## Platform:
## **Ebay**







# Defendant No.: 232

## Store Name:
## **greensummer**

## Platform:
## **Ebay**





## About us

Location: China
Member since: Jul 28, 2023
Seller: greensummer

Do you like our store experience?

# Defendant No.: 233

## Store Name:
**beatuiful home**

## Platform:
**Ebay**







# Defendant No.: 234

## Store Name:
**katak-2273**

## Platform:
**Ebay**







# Defendant No.: 235

## Store Name:
**Walk through space**

## Platform:
**Ebay**







# Defendant No.: 236

## Store Name:
**best-walking2**

## Platform:
**Ebay**





## About us

Location: **China**
Member since: **Nov 16, 2022**
Seller: **best-walking2**

### Top Rated Seller

best-walking2 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more



# Defendant No.: 237

## Store Name:
## **prettys homes**

## Platform:
## **Ebay**







# Defendant No.: 238

## Store Name:
## **Eric Esmond Shopping**

## Platform:
## **Ebay**







# Defendant No.: 239

## Store Name:
**flyflower22**

## Platform:
**Ebay**







# Defendant No.: 240

## Store Name:
**Eric Roberts House**

## Platform:
**Ebay**





## Eric Roberts House

96.2% positive feedback   366 items sold   26 followers

Share   Contact   Save Seller

Categories    Shop    Sale    **About**    Feedback

Q Search all 2,617 items

### About us

Location: **China**
Member since: **Nov 09, 2023**
Seller: **cosframpo**

Do you like our store experience?



# Defendant No.: 241

## Store Name:
## liannao16

## Platform:
## Ebay







# Defendant No.: 242

## Store Name:
**eveningstore_f**

## Platform:
**Ebay**







# Defendant No.: 243

## Store Name:
**lu.mountain**

## Platform:
**Ebay**





## About us

Location: **China**
Member since: **May 22, 2020**
Seller: **lu.mountain**

## Top Rated Seller

lu.mountain is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more



# Defendant No.: 244

## Store Name:
**lnew_beauty7**

## Platform:
**Ebay**





new_beauty7

95.8% positive feedback    4.6K items sold    131 followers

Categories    Shop    About    Feedback

## About us

Location: China
Member since: Mar 19, 2020
Seller: new_beauty7

### Top Rated Seller

new_beauty7 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service. Learn more



Defendant No.: 245

Store Name:
**lhomme-fashion501**

Platform:
**Ebay**







# Defendant No.: 246

## Store Name:
**astonishingHauz**

## Platform:
**Ebay**





### About us

Location: **Israel**
Member since: **May 16, 2010**
Seller: **smclof10**

Do you like our store experience?



# Defendant No.: 247

## Store Name:
**neww**

## Platform:
**Ebay**







# Defendant No.: 248

## Store Name:
## **Vitamin Zone**

## Platform:
## **Ebay**







# Defendant No.: 249

## Store Name:
## **World_Of_Opportunity_USA**

## Platform:
## **Ebay**





**World_Of_Opportunity_USA**

98.9% positive feedback · 355 items sold · 25 followers

⚘ Share   ✉ Contact   ♡ Save Seller

Categories   Shop   Sale   **About**   Feedback

🔍 Search all 7,217 items

## About us

World_Of_Opportunity_USA - Free shipping for USA

Location: **Israel**
Member since: **Nov 22, 2023**
Seller: **nadavd-42**



# Defendant No.: 250

## Store Name:
## **All Family Zone**

## Platform:
## **Ebay**





## About us

Welcome to my eBay Store!
I am really glad you're here.
Here you can find something for everyone in your family.
Please feel free to contact me with any questions.
Don't forget to add me to your favorite sellers list and come back often.

Location: **Israel**
Member since: **May 17, 2009**
Seller: **go-10**

Do you like our store experience?



# Defendant No.: 251

## Store Name:
**magirud-0**

## Platform:
**Ebay**







Apply now. See terms

○ G Pay   Google Pay

**Ship to**

ye liu
1519 W Warren Blvd, Unit 503
Chicago, IL 60607-1846
United States
(858) 610-9796
Change

**Review item and shipping**

Seller: magirud-0 · Message to seller

LAST ONE

Laundry Canal Soap Bars for Clothes Stain Remover - 1 Count (Pack of 2)

$15.37

Quantity 1

Delivery
Free Expedited Shipping
Est. delivery: Mar 30 – Apr 4

**Gift cards, coupons, eBay Bucks**

| Item (1) | $15.37 |
| Shipping | Free |
| Tax* | $1.58 |

**Order total**   **$16.95**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice

*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

Pay with *PayPal*

You'll finish checkout on PayPal

Purchase protected by eBay Money Back
Guarantee

# Defendant No.: 252

## Store Name:
## **stepalexa0**

## Platform:
## **Ebay**







# Defendant No.: 253

## Store Name:
**yangyuhome**

## Platform:
**Ebay**







# Defendant No.: 254

## Store Name:
**BW TopShop**

## Platform:
**Ebay**







# Defendant No.: 255

## Store Name:
**yoguo-0**

## Platform:
**Ebay**







# Defendant No.: 256

## Store Name:
**marimwa_0**

## Platform:
**Ebay**





Do you like our profile experience?



# Defendant No.: 257

## Store Name:
## **godgar_55**

## Platform:
## **Ebay**







# Defendant No.: 258

## Store Name:
**lalisan**

## Platform:
**Ebay**







# Defendant No.: 259

## Store Name:
**multiistore**

## Platform:
**Ebay**





## multiistore

98.2% positive feedback    292 items sold    28 followers

☐ Share    ☐ Contact    ♡ Save Seller

☰ Categories    Shop    **About**    Feedback

🔍 Search all 1,457 items

### About us

No waiting around! Our store fulfils your orders with lightning-fast shipping. Enjoy quality with
sturdy products on our reliable shopping platform. Customer satisfaction is our priority. Start
shopping now and experience the difference! ▰

Location: Turkey
Member since: Jul 11, 2022
Seller: ezio*auditore



# Defendant No.: 260

## Store Name:
**xiaolinglee**

## Platform:
**Ebay**





## About us

Location: **China**
Member since: **Apr 28, 2020**
Seller: **xiaolinglee**

### Top Rated Seller

xiaolinglee is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more



# Defendant No.: 261

## Store Name:
**smartlabor**

## Platform:
**Ebay**





**smartlabor**

97.3% positive feedback   5.4K items sold   160 followers

Share   Contact   Save Seller

## About us

Location: **China**
Member since: **Nov 14, 2022**
Seller: **smartlabor**

## Top Rated Seller

smartlabor is one of eBay's most reputable sellers. Consistently delivers outstanding customer service. Learn more



# Defendant No.: 262

## Store Name:
**DromerStore**

## Platform:
**Ebay**







# Defendant No.: 263

## Store Name:
## **Nontashop**

## Platform:
## **Ebay**





### About us

Location: **Thailand**
Member since: **Feb 01, 2023**
Seller: **nontison68**

### Top Rated Seller

Nontashop is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

# Defendant No.: 264

## Store Name:
## **Gifts By Mia**

## Platform:
## **Ebay**





**Gifts By Mia**

## Gifts By Mia
99.7% positive feedback · 5.3K items sold · 363 followers

⬆ Share ✉ Contact ♡ Save Seller

☰ Categories | Shop | **About** | Feedback

🔍 Search all 4,910 items

### About us

Gifts By Mia Quality household food and supplies to support all your needs. We strive to provide the best service that's why we stand behind our products 100% satisfaction guaranteed. All products are sent to you and arrive to most areas in the US within 5 to 7 business days.

Location: United States
Member since: Jan 02, 2022
Seller: giftsbymia



# Defendant No.: 265

## Store Name:
## vefad_67

## Platform:
## Ebay





## About us

Location: **Israel**
Member since: **Sep 28, 2022**
Seller: **vefad_67**

### Top Rated Seller

vefad_67 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more



# Defendant No.: 266

## Store Name:
**DURBUY**

## Platform:
**Walmart**







# Defendant No.: 267

## Store Name:
## **HANDREEDUS**

## Platform:
## **Walmart**







# Defendant No.: 268

## Store Name:
## **Puhuiying**

## Platform:
## **Walmart**







# Defendant No.: 269

## Store Name:
**Good Trylyc**

## Platform:
**Walmart**





### Good Trylyc

★★★☆☆ See all 9 reviews
3.2 stars out of 5

**44%** Overall Positive Rating

Show all seller items

🏠 Business Name:
guangzhoushideaofanzhiehangwuyouxiangongsi

✉ Contact seller

📞 (+86) 17722579286

📍 Room 3304, No. 30, Huaxia Road, Tian he District, Guangzhou (Office only) GZ, GD 950630, CN

About Seller

**More items from this seller**

| $3.71 $4.60 | $5.07 $6.60 | $2.71 $3.61 | $2.57 $3.29 | $3.01 $3.30 | $3.20 $4.00 |
|---|---|---|---|---|---|
| KKCXFJX | KKCXFJX | KKCXFJX | KKCXFJX | KKCXFJX | KKCXFJX |
| Clearance BLSEX Men's Nourishin... | Clearance KKCXFJX 40 Pack Metal Curtain... | Clearance Lip Gloss Oil Mini... | Clearance! Inflatable Yard... | Clearance Eyebrow Powde... | Clearance! Home Decor/Glass... |

**Seller reviews**

## 3.2 out of 5

★★★☆☆ (9 reviews)

| | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | | 0 |
| 3 stars | | 2 |
| 2 stars | | 0 |
| 1 star | | 3 |

9 reviews    Sort by | Most Relevant ▾



# Defendant No.: 270

## Store Name:
## **MJahhsay**

## Platform:
## **Walmart**







# Defendant No.: 271

## Store Name:
## **Monthly**

## Platform:
## **Walmart**



Weight: 200g

Similar items you might like





# Defendant No.: 272

## Store Name:
**zhangsheng**

## Platform:
**Walmart**







# Defendant No.: 273

## Store Name:
**Ruhiku GW**

## Platform:
**Walmart**







# Defendant No.: 274

## Store Name:
## **PRINxy**

## Platform:
## **Walmart**







# Defendant No.: 275

## Store Name:
**Ozmmyan**

## Platform:
**Walmart**







# Defendant No.: 276

## Store Name:
**RKZDSR**

## Platform:
**Walmart**







# Defendant No.: 277

## Store Name:
## **Teissuly Direct**

## Platform:
## **Walmart**







# Defendant No.: 278

## Store Name:
## **Viwoeim**

## Platform:
## **Walmart**







# Defendant No.: 279

## Store Name:
**MOVERV Co.Ltd**

## Platform:
**Walmart**







# Defendant No.: 280

## Store Name:
**Dgankt**

## Platform:
**Walmart**







# Defendant No.: 281

## Store Name:
## **MASkyfall**

## Platform:
## **Walmart**







# Defendant No.: 282

## Store Name:
**SZBLL**

## Platform:
**Walmart**





## SZBLL

★★★☆☆   See all 40 reviews
10 stars out of 5

52%   Overall Positive Rating

Show all seller items

Business Name:
shenzhenshikaillixxinrujishuyouxiangongsi

Contact seller

(+86) 18588800912

longgangqubantianjiedexikulonglujie
tailonggongyequanBdonglitou
shenzhenshi, GD 518100, CN

About Seller

**More items from this seller**

| $9.60 | $13.72 | $9.14 | $11.69 | $9.65 | $11.30 |
|---|---|---|---|---|---|
| Color Liquid Pigment Epoxy Resin Color Tint... | Christmas Outdoor Goldendoodle... | 3 Pcs Flat Fiber Mop Pads for Mop Bucket... | Flexible LED Touch USB Light Ultra Bright... | Sexynecklace 3Pcs/Set "Best Friend Forever... | Hair Shampoo for Tinea Capitis Antipurititc... |
| ★★☆☆☆ 11 | ●☆☆☆☆ 2 | ★★☆☆☆ 6 | ★★★★★ 5 | ★★★★☆ 7 | |

**Seller reviews**

## 3.1 out of 5

★★★☆☆ (40 reviews)

| | | |
|---|---|---|
| 5 stars | | 14 |
| 4 stars | | 7 |
| 3 stars | | 4 |
| 2 stars | | 0 |
| 1 star | | 15 |

40 reviews   Sort by | Most Relevant ▾



# Defendant No.: 283

## Store Name:
## **Wlylongift**

## Platform:
## **Walmart**







# Defendant No.: 284

## Store Name:
## **COFEST**

## Platform:
## **Walmart**







# Defendant No.: 285

## Store Name:
**Ikohbadg**

## Platform:
**Walmart**





