# Defendant No.: 286

## Store Name:
**Niriqa**

## Platform:
**Walmart**







# Defendant No.: 287

## Store Name:
## **amlbb**

## Platform:
## **Walmart**







# Defendant No.: 288

## Store Name:
## **Oneshit sales promotion**

## Platform:
## **Walmart**







# Defendant No.: 289

## Store Name:
**GuanTeng**

## Platform:
**Walmart**







# Defendant No.: 290

## Store Name:
## **Gaomin e-commerce**

## Platform:
## **Walmart**







# Defendant No.: 291

## Store Name:
**Augper**

## Platform:
**Walmart**







# Defendant No.: 292

## Store Name:
## **Yingyi**

## Platform:
## **Walmart**







# Defendant No.: 293

## Store Name:
## **Surpdew Decoration Shop**

## Platform:
## **Walmart**







# Defendant No.: 294

## Store Name:
## **SHENGXINY**

## Platform:
## **Walmart**







# Defendant No.: 295

## Store Name:
**Chong**

## Platform:
**Walmart**







# Defendant No.: 296

## Store Name:
**Good Day**

## Platform:
**Walmart**







# Defendant No.: 297

## Store Name:
**DYTTDG**

## Platform:
**Walmart**







# Defendant No.: 298

## Store Name:
**Honestly**

## Platform:
**Walmart**







# Defendant No.: 299

## Store Name:
**Good One Day Co. Ltd**

## Platform:
**Walmart**







# Defendant No.: 300

## Store Name:
## **Dedication**

## Platform:
## **Walmart**







# Defendant No.: 301

## Store Name:
## **Hi-Kater Co. ltd**

## Platform:
## **Walmart**







# Defendant No.: 302

## Store Name:
**Blasgw**

## Platform:
**Walmart**







# Defendant No.: 303

## Store Name:
**WZHXIN Sales Store**

## Platform:
**Walmart**







# Defendant No.: 304

## Store Name:
**YOKun**

## Platform:
**Walmart**







# Defendant No.: 305

## Store Name:
## **HaiWei**

## Platform:
## **Walmart**







# Defendant No.: 306

## Store Name:
**YueFa**

## Platform:
**Walmart**







# Defendant No.: 307

## Store Name:
## **EOnmo**

## Platform:
## **Walmart**







# Defendant No.: 308

## Store Name:
## **Wamans On-line Store**

## Platform:
## **Walmart**







# Defendant No.: 309

## Store Name:
## **Dream Lifestyle**

## Platform:
## **Walmart**







# Defendant No.: 310

## Store Name:
**Kediluo**

## Platform:
**Walmart**







# Defendant No.: 311

## Store Name:
**Japceit**

## Platform:
**Walmart**







# Defendant No.: 312

## Store Name:
## **Lmueinov**

## Platform:
## **Walmart**







# Defendant No.: 313

## Store Name:
## **UAEBM**

## Platform:
## **Walmart**







# Defendant No.: 314

## Store Name:
**ZUOZUOFANGQAQ**

## Platform:
**Walmart**







# Defendant No.: 315

## Store Name:
## **GKNBC**

## Platform:
## **Walmart**







# Defendant No.: 316

## Store Name:
**SHEYAGN**

## Platform:
**Walmart**







# Defendant No.: 317

## Store Name:
**slhenay**

## Platform:
**Walmart**







# Defendant No.: 318

## Store Name:
**HACHUN**

## Platform:
**Walmart**







# Defendant No.: 319

## Store Name:
**WanYiF**

## Platform:
**Walmart**







# Defendant No.: 320

## Store Name:
## **LYUndn**

## Platform:
## **Walmart**







# Defendant No.: 321

## Store Name:
## **Deagia**

## Platform:
## **Walmart**







Checkout

**1. Shipping, arrives by Tue, Apr 16** ✓

Ye Liu
1519 W Warren Blvd, Unit 503, Chicago, IL 60607    Edit

**Delivery instructions (optional)**    Edit

Apartment

**Items details**    Hide details
**Arrives by Tue, Apr 16**    1 Item

Sold and shipped by Deagia
$4.99 Freight shipping

Deagia Shower Supplies Clearance The Soap, Soap Bar Stain
Remover, Grand Canal Soap Bar for Stains, Grand Canal Old...    $4.49
Actual Color: H

Remove    −  1  +

**2. Payment method**

Subtotal (1 Item)    $4.49
Seller shipping    $4.99

**Estimated taxes**    $0.97

**Estimated total**    $10.45

Have a promo code?    ⌄

# Defendant No.: 322

## Store Name:
## **Yinyu**


## Platform:
## **Walmart**







# Defendant No.: 323

## Store Name:
## **Menrkoo Decoration Shop**

## Platform:
## **Walmart**







# Defendant No.: 324

## Store Name:
## **HuiYiHai**

## Platform:
## **Walmart**







# Defendant No.: 325

## Store Name:
## **easy dream**

## Platform:
## **Walmart**







# Defendant No.: 326

## Store Name:
## **X's Apparel Fashion**

## Platform:
## **Walmart**







# Defendant No.: 327

## Store Name:
**Doekge**

## Platform:
**Walmart**







# Defendant No.: 328

## Store Name:
## **JIOAKFA Clothing Shop**

## Platform:
## **Walmart**







# Defendant No.: 329

## Store Name:
**yjshlx203**

## Platform:
**Walmart**





Seller reviews

This seller doesn't have any reviews yet.

yjshlx203

☆☆☆☆☆

No reviews yet

Show all seller items

Business Name:
guangzhouyijingshangmaoyouxiangongsi

Contact seller

(+86) 18138817205

guangzhoushitianheququhogpolingiu
589haoerlou20fangs01
Guangzhou, GD 510660, CN

We'd love to hear what you think!

Give feedback



# Defendant No.: 330

## Store Name:
## **Lottalis Co.Ltd**

## Platform:
## **Walmart**







# Defendant No.: 331

## Store Name:
**ZAQEDC**

## Platform:
**Walmart**



Weight: 200g

Similar items you might like





# Defendant No.: 332

## Store Name:
## **MEIHOUS**

## Platform:
## **Walmart**





