# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

LIU YINNV

Plaintiff,

v.

The Entities and Individuals Identified in Schedule A

Defendant.

Case No.: 1:24−cv−02982

Honorable John Robert Blakey

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 21, 2024:

MINUTE entry before the Honorable John Robert Blakey: Based upon the materials submitted, this Court grants Plaintiff's motion for leave to file under seal [4] and motion for electronic service of process [15]. The Court also grants Plaintiff#039;s ex parte motion for entry of a temporary restraining order [12]. Enter sealed temporary restraining order. Absent further order, this TRO will expire on 6/4/24. The 5/22/24 Notice of Motion date is stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.