UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YINNV, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-02982 |
| | ) | |
| v. | ) | Honorable John Robert Blakey |
| | ) | |
| The Entities and Individuals Identified in Schedule A, | ) | |
| | ) | |
| Defendants. | ) | |

**Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order**

**NOW COMES** YINNV LIU ("Plaintiff"), by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 65(b)(2), and seeks to extend the Temporary Restraining Order ("TRO") granted and entered by the Court on May 21, 2024 [Dkt. 19] by a period of fourteen (14) days until June 17, 2024.

This Court entered the TRO effective as of May 21, 2024, against the Defendants identified in Schedule A to the Complaint. [Dkt. 19]. Since the TRO was entered, Plaintiff has been diligently seeking to post the bond required by the Court, including requesting and being granted an extension of time until June 17, 2024, to do so. As of May 31, 2024, Plaintiff is expecting to have the bond posted by June 17, 2024.

Federal rules provide that a TRO entered without notice may be extended upon a showing, prior to expiration of the TRO, of good cause for such an extension. Fed. R. Civ. P. 62(b)(2). Plaintiff respectfully submits that such good cause exists to extend the TRO as a result of the high probability that the Defendants will continue to harm Plaintiff without the TRO being in place including, without limitation, relocating funds into inaccessible offshore financial and bank

accounts. As discussed in Plaintiff's Motion for Entry of the TRO [Dkt. 12], and as this Court found, this possibility of harm is significant. In light of the foregoing, Plaintiff respectfully requests that the TRO be extended for a period of fourteen (14) days until June 17, 2024.

Dated: May 31, 2024

                                                      Respectfully Submitted

                                                      /s/ Qin Li
                                                      Concord & Sage PC
                                                      1360 Valley Vista Dr
                                                      Diamond Bar, CA 91765
                                                      liqin@concordsage.com
                                                      Ph. (858) 568-1696

                                                      *Counsel for Plaintiff*