UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YINNV, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-02982 |
| | ) | |
| v. | ) | Honorable John Robert Blakey |
| | ) | |
| The Entities and Individuals Identified in Schedule A, | ) ) ) ) | |
| Defendants. | ) | |

**Declaration of Qin Li**

1. I, Qin Li, of the City of Diamond Bar, in the State of California, declare as follows:

   I am an attorney at law, duly admitted to practice before the Courts of the State of California, and the United States District Court for the Northern District of Illinois. I am the attorney for Plaintiff Yinnv Liu. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following:

2. Since receiving the TRO entered by this Court on May 21, 2024 [Dkt. 12], Plaintiff has been diligently working to acquire and post the bond amount to support the injunctive relief in the TRO. Plaintiff requested an extension of time to accomplish this until June 17, 2024.

3. As of May 31, 2024, Plaintiff continues to work to acquire the bond amount and expects to have the bond posted by June 17, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this May 31, 2024 at Diamond Bar, California.

Respectfully submitted,

/s/ Qin Li
Concord & Sage PC
1360 Valley Vista Dr
Diamond Bar, CA 91765
liqin@concordsage.com
Ph. (858) 568-1696

*Counsel for Plaintiff*
