IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YINNV, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:24-cv-02982 |
| | ) |
| v. | ) Honorable John Robert Blakey |
| | ) |
| The Entities and Individuals Identified in Schedule A, | ) |
| | ) |
| Defendants. | ) |

**Plaintiff's Motion to Extend Bond Deadline**

**NOW COMES** YINNV LIU ("Plaintiff"), by and through his undersigned counsel, hereby requests a short extension of time to produce the bond supporting the temporary restraining order, and states as follows:

**1.** On May 21, 2024, the Court granted Plaintiff's *ex parte* motions for temporary restraining order, expedited discovery, and leave to effect service of process electronically. [Dkt. 19].

**2.** While in Plaintiff's proposed order Plaintiff suggested a bond amount typical of "Schedule A" cases (*i.e.*, $10,000), the Court's TRO as-entered requires that Plaintiff post a substantially larger bond amount.

**3.** Plaintiff requires a short amount of additional time to secure funds for the required bond, which unexpectedly exceeded that which Plaintiff proposed.

**4.** Federal rules provide that an extension may be allowed "if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). "[U]nder Rule 6(b)(1) as interpreted by case law, the term 'good cause' imposes a light burden." *McCann v. Cullinan*, 2015

WL 4254226, at * 10 (N.D. Ill 2015), *citing*, 1 Moore's Federal Practice § 6.06 [2] p. 632 (Matthew Bender 3d ed. 2013).

**5.** Plaintiff is diligently engaged in attempts to acquire funds necessary to satisfy the bond requirement.

**6.** Because of the federal Memorial Day holiday, Plaintiff's attempts to acquire the funds to satisfy the bond requirement have been delayed.

**WHEREFORE**, for the foregoing reasons, Plaintiff respectfully requests this Court enter an Order extending the deadline for Plaintiff to have posted the required injunction bond until June 17, 2024.

Dated: May 31, 2024

                                               Respectfully submitted,

                                               /s/ Qin Li
                                               Concord & Sage PC
                                               1360 Valley Vista Dr
                                               Diamond Bar, CA 91765
                                               liqin@concordsage.com
                                               Ph.  (858) 568-1696

                                               *Counsel for Plaintiff*