**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Yinnv Liu, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-02982 |
| | ) | |
| v. | ) | |
| | ) | |
| THE ENTITIES AND INDIVIDUALS IDENTIFIED IN SCHEDULE A, | ) ) ) | Hon. Judge John Robert Blakey |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTIONS

**PLEASE TAKE NOTICE** that on Wednesday, June 5, 2024, at 11:00 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge John Robert Blakey or any judge sitting in his stead, in Room 1203 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or using video or teleconferencing technology, as the Court may require, and shall present the following motions: (1) Plaintiff's Motion for extension of time for Temporary Restraining Order [Dkt. 20]; (2) Plaintiff's Motion for extension of time of Bond Deadline [Dkt. 21]. Alternatively, if no appearance for presentment is required by the Court, I agree to notify all parties (to the extent I have such parties' contact information in my actual possession as of the date of this notice) that the Court will rule by written order and that an appearance on the date of presentment is not required.

Dated: May 30, 2024

Respectfully submitted,

/s/ QIN LI
1360 Valley Vista Dr, Suite 140,
Diamond Bar, CA 91765
Bar No. 349218
liqin@concordsage.com
Phone: (858) 568-1696


ATTORNEY FOR PLAINTIFF

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 30, 2024, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ QIN LI
QIN LI