UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

LIU YINNV

Plaintiff,

v.

The Entities and Individuals Identified in Schedule A

Defendant.

Case No.: 1:24−cv−02982

Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 3, 2024:

MINUTE entry before the Honorable John Robert Blakey: Plaintiff's motion to extend bond deadline [21] and ex parte motion to extend the temporary restraining order entered 5/21/24 [18] are granted. The Court finds that good cause exists to extend the bond deadline and the temporary restraining order. The bond deadline is extended until 6/17/24 and the temporary restraining order is extended an additional 14 days, to 6/18/24. The 6/5/24 Notice of Motion date is stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.