UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YINNV LIU | ) )  )  |
| Plaintiff, | ) Civil Action No. 24-cv-02982 |
| v. | ) ) |
| THE ENTITIES AND INDIVIDUALS IDENTIFIED IN SCHEDULE A, | ) Presiding: Hon. John Robert Blakey ) Magistrate: Hon. Jeannice W. Appenteng |
| Defendants. | ) ) ) ) ) ) ) ) |

## ATTORNEY SHENGMAO MU'S MOTION FOR LEAVE TO SUBSTITUTE AS COUNSEL FOR PLAINTIFF

Shengmao Mu, attorney of Whitewood Law PLLC, files this motion to substitute as counsel of record for Plaintiff in this case. In support, the undersigned counsel states the followings:

1. On April 12, 2024, Plaintiff filed the Complaint. ECF No. 1.

2. On May 17, 2024, Plaintiff filed motion for a temporary restraining order ("TRO"). ECF No. 12.

3. On May 21, 2024, the Court granted Plaintiff's TRO. ECF No. 19.

4. On May 30, 2024, Plaintiff filed extension of the TRO. ECF No. 20.

5. On June 3, 2024, the Court granted Plaintiff's extension. ECF No. 23.

6. On June 16, 2024, Plaintiff discharged Qin Li and Ilya Zlatkin. On the same day, Plaintiff retained the undersigned.

1

2

7. This motion is not brought for delay, but to allow Plaintiff to be represented by counsel of her choice.

WHEREFORE, Plaintiff prays that the Court enter an order allowing Qin Li and Ilya Zlatkin to withdraw from representing Plaintiff and to substitute Attorney Shengmao Mu as attorney of record for this Plaintiff in this action.

Date: June 17, 2024                                   Respectfully submitted,


                                                      /s/ Shengmao Mu
                                                      SHENGMAO MU

                                                      **WHITEWOOD LAW, PLLC**
                                                      57 West, 57th Street,
                                                      3rd and 4th Floors
                                                      New York, NY 10019
                                                      Tel: (917) 858-8018
                                                      Email: smu@whitewoodlaw.com

                                                      *Counsel for Plaintiff*