UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YINNV LIU | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 24-cv-02982 |
| v. | )<br>) |
| THE ENTITIES AND INDIVIDUALS<br>IDENTIFIED IN SCHEDULE A, | ) Presiding: Hon. John Robert Blakey<br>) Magistrate: Hon. Jeannice W. Appenteng |
| Defendants. | )<br>) |

**PLAINTIFF'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION**

Plaintiff seeks entry of Preliminary Injunction. The scope of Plaintiff's proposed Preliminary Injunction Order is materially indistinguishable from the Temporary Restraining Order. A Memorandum of Law in Support is filed concurrently with this Motion.

Plaintiff further asks that this Court extend the currently implemented TRO, set to expire on June 18, 2024, until the Court adjudicates the motion for preliminary injunction. *See* H-D Mich., LLC v. Hellenic Duty Free Shops S.A., 694 F.3d 827, 843-45 (7th Cir. 2012) (courts may extend duration of TRO until motion for preliminary injunction is adjudicated).

Date: June 17, 2024

Respectfully submitted,

By: /s/ Shengmao Mu
Shengmao (Sam) Mu, NY #5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

1

*Counsel for Plaintiff*