**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **YINNV LIU** ) | |
| ) | |
| ) | |
| Plaintiff, ) | **Civil Action No. 24-cv-02982** |
| **v.** ) | |
| ) | |
| **THE ENTITIES AND INDIVIDUALS** ) | **Presiding: Hon. John Robert Blakey** |
| **IDENTIFIED IN SCHEDULE A,** ) | **Magistrate: Hon. Jeannice W. Appenteng** |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 26, 2024, at 11:00 a.m., Plaintiff, by her counsel, shall appear before the Honorable Judge John Robert Blakey in Courtroom 1203, and present Plaintiff's Motion to Substitute Attorney and Motion for Entry of Preliminary Injunction (Dkt. #25 and 26).

Date: June 17, 2024

Respectfully submitted,

By: /s/ Shengmao Mu
Shengmao (Sam) Mu, NY #5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*