UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YINNV LIU | ) <br> ) |
|        Plaintiff, <br> v. <br> THE ENTITIES AND INDIVIDUALS <br> IDENTIFIED IN SCHEDULE A, <br>        Defendants. | ) Civil Action No. 24-cv-02982 <br> ) <br> ) <br> ) Presiding: Hon. John Robert Blakey <br> ) Magistrate: Hon. Jeannice W. Appenteng <br> ) |

## DECLARATION OF SHENGMAO MU IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

I, Shengmao Mu, declare and state as follows:

    1.    I am an attorney at law, duly admitted to practice before the United States District Court of the Northern District of Illinois. I am the attorney for Plaintiff, Yinnv Liu ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts, and if called as witness I would competently testify the following:

    2.    On May 21, 2024, Plaintiff received ECF notice that the Temporary Restraining Order ("TRO") was granted. ECF No. 19.

    3.    On May 23, 2024, Plaintiff's prior Counsel served the TRO on the third-party platforms where Defendants operated.

1

4. On June 17, 2024, the undersigned served via email to the addresses provided by the platforms with a link that contains the Complaint, Summons, the Preliminary Injunction Motion and Notice, and all other court filings.

5. On June 17, 2024, the undersigned served via email to Aliexpress with a link that contains the Complaint, Summons, the Preliminary Injunction Motion and Notice, and all other court filings, where Aliexpress was instructed to forward the same to the Defendants, as Aliexpress has not provided any of Defendants' contact emails.

3

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Dated: 06/17/2024

                                                                /s/Shengmao Mu
                                                                  Shengmao Mu