AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

YINNV LIU

CASE NUMBER: 24-cv-02982

V.

ASSIGNED JUDGE: Hon. John Robert Blakey

THE ENTITIES AND INDIVIDUALS IDENTIFIED IN SCHEDULE A

DESIGNATED MAGISTRATE JUDGE: Hon. Jeannice W. Appenteng

TO: (Name and address of Defendant)

Chisane and all other Defendants identified in the Schedule A

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shengmao Mu,
Whitewood Law PLLC,
57 West, 57th Street,
3rd and 4th Floors,
New York, NY, 10019

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

June 17, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: 06/17/2024 |
| NAME OF SERVER (PRINT): SHENGMAO MU | TITLE: Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _____

On June 17, 2024, the undersigned served via email to the addresses provided by the platforms with a link that contains the Complaint, Summons, the Preliminary Injunction Motion and Notice, and all other court filings. On June 17, 2024, the undersigned served via email to Aliexpress with a link that contains the Complaint, Summons, the Preliminary Injunction Motion and Notice, and all other court filings, where Aliexpress was instructed to forward the same to the Defendants, as Aliexpress has not provided any of Defendants' contact emails.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/17/2024        /s/Shengmao Mu
            Date               Signature of Server

Address of Server

57 West, 57th Street,
3rd and 4th Floors,
New York, NY, 10019

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.