# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| YINNV LIU, | |
| Plaintiff, | Civil Action No. 24-cv-2982 |
| v. | |
| THE ENTITIES AND INDIVIDUALS IDENTIFIED IN SCHEDULE A, | Judge John Robert Blakey<br>Magistrate Judge |
| Defendants. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against Defendant landmersp, identified as DOE 197 in Schedule A to the Complaint ("Defendant"). Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: June 19, 2024

Respectfully submitted,

/s/ Keaton Smith
Keaton D. Smith
**WHITEWOOD LAW PLLC**
57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*