UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

LIU YINNV

                Plaintiff,

v.

The Entities and Individuals Identified in Schedule A

                Defendant.

Case No.: 1:24−cv−02982

Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 25, 2024:

    MINUTE entry before the Honorable John Robert Blakey: The Court grants Plaintiff's motion for leave to substitute attorney Shengmao Mu [25] and directs the Clerk to remove attorneys Ilya Zlatkin and Qin Li from the docket in this case. Additionally, based upon Plaintiff's notice of voluntary dismissal [32], this case is dismissed without prejudice as to Defendant landmersp (No. 197). Absent reinstatement by 10/31/24, this dismissal shall automatically convert to a dismissal with prejudice. Finally, the Court denies without prejudice Plaintiff's motion for preliminary injunction [26]. Fed. R. Civ. P. 65(a) provides that the Court "may issue a preliminary injunction only on notice to the adverse party"; yet Plaintiff's submissions make clear that not all Defendants have notice of the motion. See [30] at 2 (indicating that Plaintiff has not provided notice to the Defendants operating on Aliexpress). Plaintiff may renew a revised motion once it can confirm that it has provided notice to all Defendants subject to the motion. The 6/26/24 Notice of Motion date is stricken. Mailed notice(gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.