**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

LIU YINNV

Plaintiff,

v.

Case No.: 1:24−cv−02982
Honorable John Robert Blakey

The Entities and Individuals Identified in Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 25, 2024:

MINUTE entry before the Honorable John Robert Blakey: Based upon the filing of the notice of voluntary dismissal [35], this case is dismissed with prejudice as to Defendants Shop1102903427 Store 118, Lowest_Price Store 119, Savecash4you2022 Store 120, Shop912562568 Store 121, HA Professional Hyaluronic Acid Store 122, Shop3560005 Store 123, Global Health Care Store 124, MINIW−ANG Store 125, Home Garden Top 1 Store 126, Pinky Baby Store 127, wzpi Kitchen Bathroom Accessories Store 128, Exquisite&House Store 129, EnjoyHome&HaveFun; Store 130, CHUWUJU Living Store 131, LINKMENOW Store 132, Saving Lifestyle Store 133, Shop1100069004 Store 134, PR 5240278 Store 135, Sunshines Baby Toy Store 136, Home Haven Store 137, Tishon Store 138, House And Harvest Depot Store 139, Windfall Life Store 140, High Quality Lifes Store 141, Makeup Tools Mini Store Store 142, Gardening Party Decor Dropshipping Store 143, Homes life 0608 Store 144, LOOK AT ME Dropshipping Living Hall Store 145, Havenly Homes Store 146, Smart Home Store Store 147, Happy Home Time Store 148, Breezy Bud Store 149, Luck−AP Store 150, House−hold tools Store 151, Shop1102784651 Store 152, mypuzzle Store 153, Cosmetic Factory. Store 154, Our Healthy Living Store 155. Kitchen−Aid Store 156, Goodlife House Store 157, Warming−house Store 158, Hose Love Store 159, Shop1103334804 Store 160, Shop1103156037 Store 161, W−Live Store 162, Party And Garden Store 163, Huation Store 164 and Big−Big discount Store 165. Defendants multiistore 259 and vefad_67 265 are dismissed without prejudice. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.