## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **YINNV LIU** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 24-cv-02982** |
| **v.** | ) | |
| | ) | |
| **THE ENTITIES AND INDIVIDUALS** | ) | **Presiding: Hon. John Robert Blakey** |
| **IDENTIFIED IN SCHEDULE A,** | ) | **Magistrate: Hon. Jeannice W. Appenteng** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**DECLARATION OF SHENGMAO MU IN SUPPORT OF PLAINTIFF'S MOTION TO WITHDRAW *RENEWED* MOTION FOR ENTRY OF PRELIMINARY INJUNCTION**

I, Shengmao Mu, declare and state as follows:

1.      I am an attorney at law, duly admitted to practice before the United States District Court of the Northern District of Illinois. I am the attorney for Plaintiff, Yinnv Liu ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts, and if called as witness I would competently testify the following:

2.      On May 21, 2024, Plaintiff received ECF notice that the Temporary Restraining Order ("TRO") was granted. ECF No. 19.

3.      On May 23, 2024, Plaintiff's prior Counsel served the TRO on the third-party platforms where Defendants operated.

4.      On June 17, 2024, the undersigned served via email to the addresses provided by the platforms with a link that contains the Complaint, Summons, the Preliminary Injunction

Motion and Notice, and all other court filings. The email contained the language that the link "will be updated for any filings in the future."

5.     On June 25, 2024, the undersigned uploaded the Motion to Withdraw renewed Motion for Preliminary Injunction (the "Motion"), Notice of the Motion, to the link that was provided to Defendants on June 17, 2024.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Dated: 06/28/2024

/s/Shengmao Mu
Shengmao Mu