UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YINNV LIU, <br><br> Plaintiff, <br> v. <br><br> THE ENTITIES AND INDIVIDUALS IDENTIFIED IN SCHEDULE A, <br><br> Defendants. | Civil Action No. 24-cv-2982 <br><br> Judge John Robert Blakey <br> Magistrate Judge Jeannice W. Appenteng |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Shengmao Mu, Abby Neu, and Keaton Smith ("Movants"), attorneys for Plaintiff Yinnv Liu, hereby respectfully request that this Court grant them leave to withdraw as counsel of record.

On August 7, 2024, the Court entered a default judgment in favor of Plaintiff and terminated the case. Dkt. # 68.

WHEREFOR, Movants respectfully request this Court enter an order granting them leave to withdraw as counsel effective immediately.


Date: September 18, 2024

Respectfully submitted,

By: /s/ Keaton Smith
Shengmao (Sam) Mu, NY #5707021
Abby Neu ARDC 6327370
Keaton Smith ARDC 6347736
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

1