**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| YINNV LIU, | ) | |
| Plaintiff, | ) | Case No.: 1:24-cv-02982 |
| v. | ) | |
| | ) | Dist. Judge John Robert Blakey |
| The Entities and Individuals Identified in Schedule A, | ) | |
| | ) | Mag. Judge Jeannice W. Appenteng |
| Defendants. | ) | |

## Notice of Appeal

**PLEASE TAKE NOTICE** that Monthly, 268 Joybuy 12573, 269 Joybuy 10253, 272 Joybuy 7323, 273 Joybuy 8504, 279 Joybuy 12574, 288 Joybuy 12907, 289 Joybuy 12516, 293 Joybuy 12634, 295 Joybuy 7326, 296 Joybuy 12523, 298 Joybuy 12449, 301 Joybuy 12893, 338 Joybuy 12907, 339 Joybuy 12907, 340 Joybuy 12907 ("Defendants"), by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Court's order denying Defendants' motion to vacate clerk's default and default judgment, entered on May 21, 2025 [Dkt. 81].

Dated this June 19, 2025

Respectfully Submitted,

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
Brian M. Swift
AU LLC
444 W. Lake St., 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
brians@au-llc.ocm
*Counsel for Defendants*

Page **1**